**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tiger Oak Media, Incorporated** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-1725958** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **900 South 3rd Street** **Minneapolis, MN 55415-1209** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hennepin** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Tiger Oak Media, Incorporated** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor   **Tiger Oak Media, Incorporated**
   Name                                                     Case number (*if known*)

---

**11. Why is the case filed in *this district*?**     *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (*Check all that apply.*)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes.   Insurance agency _____

                 Contact name _____

                 Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**     .     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Tiger Oak Media, Incorporated** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 7, 2019**
                MM / DD / YYYY

*X* **/s/ Craig Bednar**                                    **Craig Bednar**
Signature of authorized representative of debtor            Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

*X* **/s/ Steven B. Nosek**                          Date  **October 7, 2019**
Signature of attorney for debtor                           MM / DD / YYYY

**Steven B. Nosek 79960**
Printed name

**Steven B. Nosek, P.A.**
Firm name

**Attorney at Law**
**2855 Anthony Lane S, #201**
**St. Anthony, MN 55418**
Number, Street, City, State & ZIP Code

Contact phone  **612-335-9171**      Email address  **snosek@noseklawfirm.com**

**79960 MN**
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tiger Oak Media, Incorporated** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Buehler, Beth - Inc Buehler Communications Inc. 897 Zeligman Unit A Crested Butte, CO 81224** | | | **Disputed** | | | **$25,800.71** |
| **Carlson Print Group 7490 Golden Triangle Drive Eden Prairie, MN 55344** | | | **Disputed** | | | **$55,813.27** |
| **Choice Financial Group Attn: Jeff Elden 4501 23rd Avenue South Fargo, ND 58104** | | | | **$850,000.00** | **$0.00** | **$850,000.00** |
| **Choice Financial Group Attn: Jeff Elden 4501 23rd Avenue South Fargo, ND 58104** | | | | **$562,000.00** | **$0.00** | **$562,000.00** |
| **City Catering Company 509 Dexter Ave N Seattle, WA 98109** | | | **Disputed** | | | **$21,690.05** |
| **Embassy Suites 255 South King Street Seattle, WA 98104** | | | **Disputed** | | | **$34,485.16** |
| **GO-Brickman Miken Owner LLC P O Box 31001-2653 Pasadena, CA 91110-2653** | | | **Disputed** | | | **$76,862.50** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Tiger Oak Media, Incorporated** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hess Print Solutions 3765 Sunnybrook Road Brimfield, OH 44240** | | | **Disputed** | | | **$822,939.78** |
| **Integrated Consulting Services, LLC 4917 West 93rd Street Bloomington, MN 55437** | | | **Disputed** | | | **$18,297.00** |
| **Kleinhuizen, Monique Elaine 15840 Jeffrey Avenue N Hugo, MN 55038** | | | **Disputed** | | | **$16,510.00** |
| **LSC Communications Attn: Alec Swan 4101 Winfield Road, 2nd Floor Warrenville, IL 60555** | | | **Disputed** | | | **$260,727.65** |
| **Lurie LLP. PO Box 860465 MInneapolis, MN 55486-0465** | | | **Disputed** | | | **$18,375.00** |
| **Northwest Harvest ATTN:  Events Dept. - Madelyne Godley PO Box 12272 Seattle, WA 98102** | | | **Disputed** | | | **$17,000.00** |
| **PSAV c/o Fairmont Olympic Hotel 411 University Street Seattle, WA 98101** | | | **Disputed** | | | **$47,917.35** |
| **Quad/Graphics Printing Corp Attn: Jenny Selke-Credit Dept N61 W23044 Harry's Way Sussex, WI 53089** | | | **Disputed** | | | **$92,103.31** |
| **Savor...McCaw Hall 305 Harrison Street Seattle, WA 98109** | | | **Disputed** | | | **$23,167.79** |

| Debtor | **Tiger Oak Media, Incorporated** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **THE LAW OFFICES OF ALEX W. CRAIGIE**<br>**12100 Wilshire Boulevard**<br>**Suite 800**<br>**Los Angeles, CA 90025** | | | **Disputed** | | | **$24,006.00** |
| **US Postal Service-Generic**<br>**Attn: Postmaster**<br>**350 Central Avenue**<br>**Long Prairie, MN 56347** | | | **Disputed** | | | **$27,000.00** |
| **Veritae Group, LLC**<br>**1650 West End Blvd**<br>**Suite 100**<br>**St. Louis Park, MN 55416** | | | **Disputed** | | | **$19,547.50** |
| **Washington Dept of Revenue**<br>**PO Box 47464**<br>**Olympia, WA 98504-7464** | | | **Disputed** | | | **$18,214.68** |

```
10,000 FT.
ATTN: NATALIE RHODE
619 WESTERN AVE, #500
SEATTLE WA 98109


7 ARTIST MANAGEMENT
1890 E DESERT PALMS DRIVE
1890 E DESERT PALMS DRIVE
PALMS SPRING CA 92262


AARON TEKULVE
2452 ALKI AVENUE SW
APT 301
SEATTLE WA 98116


ACCESS LIFTS, INC
1800 CLIFF ROAD E
SUITE 11
BURNSVILLE MN 55337


ACCUSTAT SPORTS TIMING, INC
8748 NE GLISAN STREET
PORTLAND OR 97220


ACT 3 CATERING - 1
15665 NELSON PLACE
TUKWILA WA 98188-5505


ALABASTRO, ALAN
DBA ALABASTRO PHOTOGRAPHY
3518 FREMONT AVE N #197
SEATTLE WA 98103


ALANTECH RESELLERS INC
455 ATWATER CT
SUITE A
BUFOR GA 30518
```

ALFRED CATERING
3524 TREE SWALLOW WAY
PFLUGERVILLE TX 78660


ALL WATER SEAFOOD
ATTN: PARVANEH MILLER
1000 FIRST AVENUE
SEATTLE WA 98104


ALLIANCE RENTAL SOLUTIONS, INC.
26031 CHARING CROSS ROAD
VALENCIA CA 91355


ALMSTED, HAILEY
9201 DARTFORD ROAD
WOODBURY MN 55125


AMUNDSON, DAN
1932 ORCHARD DRIVE
WOODBURY MN 55125


ANDERSON, ASHLEY
4420 SW 99TH AVE
#2
BEVERTON OR 97005


ANGEL'S JUNK REMOVAL
4547 8TH AVE. NE
SUITE 103
SEATTLE WA 98105


APFEL, AMELIA
520 N 45TH STREEET
APT. D
SEATTLE WA 98103


ARAMAKI, CONNIE
1539 S ANGELINE STREET
SEATTLE WA 98108

AREMAN, SAMANTHA
3015 J STREET
LINCOLN NE 68510


ARGINTEANU, JUDY
4031 CHUTCHFIELD STREET
RICHMOND VA 23225


ARNAN, JULIE
6130 111TH PLACE NE
KIRKLAND WA 98033


ARONSON, CARLY
13168 DRUMCLIFFE PATH
ROSEMOUNT MN 55068


ARROWHEAD PROMOTION & FULLMENT CO., INC
1105 SE 8TH STREET
GRAND RAPIDS MN 55744


ASHLEY CAMPER
2411 HABERSHAM STREET
SAVANNAH GA 31401


AVENNIA
18808 142ND AVE NE
SUITE 2B
WOODINVILLE WA 98072


BADZIN, NINA
6656 PARKWOOD
MINNEAPOLIS MN 55436


BAKER, KARIN E.
1842 N. EDGEMONT STREET
APT. 6
LOS ANGELES CA 90027

BAKER, M. SHARON, INC
PO BOX 17
WATERPORT NY 14571


BANKS, K.J.
30 FREMONT AVE
MOORPARK CA 93021


BARATY, NAVID
229 QUEEN ANNE AVE NORTH
#605
SEATTLE WA 98109


BARNARD, AMY
2417 34TH STREET
#14
SANTA MONICA CA 90405


BARNETT, ERICA
2305 S. NORMAN STREET
APT. 3
SEATTLE WA 98144


BARTLEY, MEGAN
811 26TH AVENUE EAST
SEATTLE WA 98112


BECK, LENA
1327 13TH AVE. S.
SEATTLE WA 98104


BECKLEY, BARBARA
300 SO ALMANSOR STREET
ALHAMBRA CA 91801


BEDINGFIELD, DANA H.
1396 OSCEOLA AVENUE
ST. PAUL MN 55105

BELL HARBOR INT'L CONF CENTER - CORP
CONFERENCE CENTER
2211 ALASKAN WAY
SEATTLE WA 98121


BENJAMIN BENSHNEIDER PHOTOGRAPHY
4707 RAPTOR LANE
BELLINGHAM WA 98229


BERGEN, TERESA
3552 SE WASHINGTON STREET
PORTLAND OR 97214


BERGER, KNUTE
2517 42ND AVENUE EAST
APT # 162
SEATTLE WA 98112


BIELENBERG, JULIE
701 BIRCH
DENVER CO 80220


BILLOROU, MARIA
33009 NE 78TH STREET
CARNATION WA 98014


BISHOP, COLIN
2440 ALKI AVE SW
#303
SEATTLE WA 98116


BISHOP, ELLEN
P O BOX 352
JOSEPH OR 97846


BISHOP, JESSIE
12841 WOODBRIDGE STREET
UNIT 5
STUDIO CITY CA 91604

```
BIZXCHANGE
155 108TH AVE. NE
SUITE 350
BELLEVUE WA 98004


BLANTON MUSEUM OF ART
200 E. MARTIN LUTHER KING BLVD.
D 1303
AUSTIN TX 78701


BLOCK 41
PO BOX 249
MEDINA WA 98039


BLUE CROSS BLUE SHIELD OF MN
PO BOX 64560
ST. PAUL MN 55164-0369


BLUE OX MPLS
535 15TH AVE SOUTH
HOPKINS MN 55343


BORCHERT, GAVIN
101 W OLYMPIC PLACE
APT. #113
SEATTLE WA 98119


BOWKER, KIMBERLY
PO BOX 4014
SUNRIVER OR 97707


BOYS AND GIRLS CLUBS OF KING COUNTY
ATTN: CONSTANCE EUERIA
603 STEWART STREET, #300
SEATTLE WA 98101


BRADLEY, SUSANNAH
6516 17TH AVE NW
SEATTLE WA 98117
```

```
BRATLAND, MEGAN
10389 DORSET LANE
WOODBURY MN 55129


BRETZEL, EMILY-EE
10927 114TH STREET N
GRANT MN 55082


BROOKS, KIMBERLY ALLISON
4605 HIGHLAND DRIVE
BELLEVUE WA 98006


BROWN AGENCY
100 CONGRESS AVE
#2000
AUSTIN TX 78701


BROWN, ERIKA
12558 2ND AVENUE NW
SEATTLE WA 98177


BUEHLER, BETH - INC
BUEHLER COMMUNICATIONS INC.
897 ZELIGMAN
UNIT A
CRESTED BUTTE CO 81224


BULAY, CATHERINE JOYCE
PO BOX 2449
WALLA WALLA WA 99362


BURGESS, ABBIE
6445 ELMWOOD DRIVE
LORETTO MN 55357


BURNAP, LARA
11821 SUNSHINE TERRACE
STUDIO CITY CA 91604
```

BUTLER VALET INC
ATTN:  STUART BUTLER
PO BOX 77793
SEATTLE WA 98177


BUTLER, ADRIAN
867 JOSLIN SE
GRAND RAPIDS MI 49507


BUTTERCREAM, LLC
682 TRANSFER ROAD
ST. PAUL MN 55114


CAFFREY, JANE
611 S JEFFERSON STREET
#705
ROANOKE VA 24011


CAIN, SHEILA
728 N 66TH STREET
SEATTLE WA 98103


CALAMUSA, KATE
11832 61ST AVE SE
SNOHOMISH WA 98296


CALLAGHAN, MARCIA
81 E. STONE AVENUE
LAKE FOREST IL 60045


CALLEN, ELIZABETH
3140 10TH AVENUE SOUTH
APT. 2
MINNEAPOLIS MN 55407


CAMDEN, DARCY
16505 MEREIDIAN AVE NORTH
SHORELINE WA 98133

CAMPAGNO, NATALIE
2143 N NORTHLAKE WAY
#53
SEATTLE WA 98103


CAPITAL CRUISES
9104 SPRING LAKE DRIVE
AUSTIN TX 78750


CARDO, LAURA
4824 CRANER AVENUE
APT. 104
N HOLLYWOOD CA 91601


CARLSON PRINT GROUP
7490 GOLDEN TRIANGLE DRIVE
EDEN PRAIRIE MN 55344


CARLSON, JULIE
2149 GREENVIEW DRIVE
NEW BRIGHTON MN 55122


CARRIE MASHANEY
1508 MELROSE AVENUE
SEATTLE WA 98122


CAUGHRON, ERIN
5241 LINCOLN DRIVE
APT. 117
EDINA MN 55436


CAVANAUGH, DANA (OELFKE)
3429 TEXAS AVE S
ST LOUIS PARK MN 55426


CEDAR PARK FLORIST
600 S. BELL AVENUE
SUITE 14
CEDAR PARK TX 78613

CELESTINE AGENCY
ATTN: ANGELIKA SCHUBER
7250 MELROSE AVE, STE 6
LOS ANGELES CA 90046


CENTONI, DANIELLE M.
1824 NE 37TH AVENUE
PORTLAND OR 97212


CERTIFIED FOLDER DISPLAY SERVICE, INC
1121 JOSHUA WAY
VISTA CA 92081


CHADWICK FC, INC
10510 196TH STREET SE
SNOHOMICH WA 98296


CHESNAKOVA, POLINA
625 COMSTOCK STREET
SEATTLE WA 98109


CHOICE FINANCIAL GROUP
ATTN:  JEFF ELDEN
4501 23RD AVENUE SOUTH
FARGO ND 58104


CHRIS HYNES PHOTOGRAPHY LLC
931 E. MAIN STREET
SUITE 3
MADISON WI 53703


CHRISTIANSON, ELISE
130 PARK LANE
HOPKINS MN 55343

CHRISTIN ROSE PRODUCTION, INC
ATTN: RIV & ROSE
752 12TH STREET
APT. A
MANHATTAN BEACH CA 90266


CIMARRON HILLS
200 CIMARRON HILLSTRAIL W
GEORGETOWN TX 78628


CIRCULATION VERIFICATION COUNCIL
338 S KIRKWOOD ROAD
SUITE 102
ST LOUIS MO 63122


CITY CATERING COMPANY
509 DEXTER AVE N
SEATTLE WA 98109


CITY OF SEATTLE
ATTN: TREASURY DEPARTMENT
P O BOX 94626
SEATTLE WA 98124


CITY OF SEATTLE
ATTN: ADMISSION TAX
PO BOX 34214
SEATTLE WA 98124-4214


CLARKE, BELINDA LICHTY
1720 CLEVELAND ST
EVANSTON IL 60202


COLE, BROOKE
23811 132ND AVE SE
#W1
KENT WA 98042

COLONIAL LIFE
P.O. BOX 1365
COLUMBIA SC 29202-1365


COMCAST
P O BOX 37601
PHILADELPHIA PA 19101


CONTRIX
110 E 42ND STREET
SUITE 1311
NEW YORK NY 10017


COOK, ALLISON
2222 SW SPRING GARDEN STREET
#401
PORTLAND OR 97219


COOK, LANGDON
5015 52ND AVE. S
SEATTLE WA 98118


COOKE, SARA
200 NATHAN LANE N
#266
PLYMOUTH MN 55441


COUGHLIN, JENNIFER PERSONS
1018 NE MADRONA STREET
PORTLAND OR 97211


COUNTY LINE
512 E. RIVERSIDE DRIVE
#200
AUSTIN TX 78704


CRABTREE, CHERYL
P O BOX 91639
SANTA BARBARA CA 93190

CRANE, MCEWEN JOYCE
1303 SANDPLUM LANE
WICHITA KS 67212


CREATIVE ICE CARVINGS, INC
19428 66TH AVE SOUTH
Q105
KENT WA 98032


CREATIVE RESOURCES
1208 5TH STREET SOUTH
HOPKINS MN 55343


CROSSTOWN SIGNS
16307 ABERDEEN ST NE
HAM LAKE MN 55304


CROWE, BRIANNA
16332 SW ESTUARY DRIVE
#102
BEAVERTON OR 97006


CSUBS
155 CHESTNUT RIDGE ROAD
MONTVALE NJ 07645


CULTURE FOUNDRY, LLC
600 N 36TH STREET
SUITE 200
SEATTLE WA 98103


CUNNINGHAM, JENNIFER
216 CROCKETT STREET
SEATTLE WA 98109


CWC SOFTWARE, INC
PO BOX 707
BRIDGEWATER MA 02324

```
CYSTIC FIBROSIS FOUNDATION USA
4550 MONTGOMERY AVE
SUITE 1100N
BETHESDA MD 20814


DAN STEWART PHOTOGRAPHY
1311 WOODMERE AVE
TRAVERSE CITY MI 49686


DANNER & SOLI EVENT RENTALS
2315 PRINGLE ROAD SE
SUITE G
SALEM OR 97302


DAVID BOYD
6218 SOUTH 237TH STREET
SUITE 5302
KENT WA 98032


DAVILA, FLORANGELA
9847 63RD AVENUE S
SEATTLE WA 98118


DAVIS, GRACE ROSE
1728 SW BARTON ST
SEATTLE WA 98106


DECHAMBRE, JORDAN
102 N WATER STREET
#412
MILWAUKEE WI 53202


DEETZ, JASON
3100 AIRPORT WAY S
BOX 19
SEATTLE WA 98134
```

DENSON, CHRISTIE
9409 SUMMERLIN ROAD
WOODBURY MN 55129


DEPALMA, NANCY
2 VOORHEES COURT
PENNINGTON NJ 08534


DESIGN PRESS, INC
2447 UNIVERSITY AVE W
ST PAUL MN 55114


DIAZ, AVA
2043 ASHLAND AVENUE
ST PAUL MN 55104


DIGGINS, ARTHUR
220 OLIVE STREET W
STILLWATER MN 55082


DILLON, MORGAN
2200 78TH AVE NE
MEDINA WA 98039


DIRECT COMPANIES LLC
4072 PRAIRIE RIDGE ROAD
EAGAN MN 55123


DOHERTY, KELLIE
11047 KATLIAN DRIVE
EAGLE RIVER AK 99577-8124


DONIKIAN, LINDSAY
9308 42ND AVE NE
SEATTLE WA 98115

DOUGLAS, JIM
24010 SMITHTOWN ROAD
SHOREWOOD MN 55331


DOVE, LAURIE L.
226 W. MAIN STREET
SUITE 6
VALLEY CENTER KS 67147-9998


DOW, DELAINEY
3458 GOODYEAR STREET
CASTLE ROCK CO 80109


DREGNI, ERIC
3425 35TH AVE SOUTH
MINNEAPOLIS MN 55406


DRYDEN, EMILY
920 S OAK PARK STREET
VISALIA CA 93277


EBERHARD, TONYA
4320 TRENTON LANE NW
ROCHESTER MN 55901


EBERHARDT, ADAM
550 E 15TH AVE
#304
EUGENE OR 97401


EBSCO SUBSCRIPTION SERVICES , INC.
PUBLISHER SERVICES DEPT.
PO BOX 1943
BIRMINGHAM AL 35201


ECKFELDT, BRIAN
2222 NE 92ND STREET
#414
SEATTLE WA 98115-3379

ECOLAB INC.
PEST ELIMINATION DIVISION
26252 NETWORK PLACE
CHICAGO IL 60673-1262


ECOTRUST
721 NW NINTH AVE.
SUITE 200
PORTLAND OR 97209


EHALT-BOVE, NATALIE
16409 HILLTOP TERRACE
MINNETONKA MN 55345


EIKE, NANCY
10254 GRAND OAKS TRAIL
WOODBURY MN 55129


ELIZA PAGE
229 W. 2ND STREET
AUSTIN TX 78701


ELLERD BAY, CODY
1215 S. 129TH STREET
BURIEN WA 98168


EMBASSY SUITES
255 SOUTH KING STREET
SEATTLE WA 98104


EMERSON, DAN
4615 HARRIET AVE
MINNEAPOLIS MN 55419


ENGLE, ANGELA
2815 MAGNOLIA STREET
NEW ORLEANS LA 70115

EYMAN, KALIE
42 GROVE STREET
APT 2B
BOSTON MA 02114


FACETIME BUSINESS RESOURCES
32 32ND AVENUE S
ST. CLOUD MN 56301


FEDERAL EXPRESS
PO BOX 94515
PALATINE IL 60094-4515


FEIG, EMILY
13331 E. SCOUT REST ROAD
TUSCON AZ 85749


FICKES, ANDREW
4720 S. PINE STREET
APT 210
TACOMA WA 98409


FIELDWORK NETWORK
111 EAST WACKER DRIVE
SUITE 220
CHICAGO IL 60601


FIREFLY FARM
13633 FM 2325
WIMBERLEY TX 78676


FIRST DATA MERCHANT SVC
P O BOX 17548
DENVER CO 80217


FLAA, RUTHIE
3090 HAZELWOOD STREET
APT. 312
MAPLEWOOD MN 55109

FLORA FETISH
13033 POND SPRINGS RD
SUITES 104-106
AUSTIN TX 78729


FOREMAN, JUDY
2102 SUMMERLAND HEIGHTS LANE
SANTA BARBARA CA 93108


FOX, HANNAH
2882 HUMBOLT AVE S
APT 206
MINNEAPOLIS MN 55408


FRAN COLLIN
5382 SANTA ROSE LANE
CARPINTERIA CA 93013


FREDRIKSON & BYRON
P.O. BOX 1484
MINNEAPOLIS MN 55480


FREEMARK, KATIE
7520 ORCHID LANE NO
MAPLE GROVE MN 55311


FRIEDMAN, ELAINA
130 WEST FLORENTIA STREET
SEATTLE WA 98119


FROM THE HIP PHOTO LLC
2501 DALLAS STREET
SUITE 272
AURORA CO 80010


FRONTIER
P O BOX 20550
ROCHESTER NY 14602

FULLWOOD, JANET
6470 SURFSIDE WAY
SACRAMENTO CA 95831


GABRIELA URDA PHOTOGRAPHY
840 CAPE AVE
CAPE MAY NJ 08204


GALDONES PHOTOGRAPHY LLC
3641 N ASHLAND AVE
#4
CHICAGO IL 60613


GALUSH, MARGARET
36W867 RED GATE COURT
ST. CHARLES IL 60175


GARBINSKI, RON
WATERLOO GROUP
2865 WATERLOO DRIVE
TROY MI 48084


GARDEN GROVE WEDDING & EVENTS VENUE
9770 FM 967
BUDA TX 78610


GAREY HOUSE
1101 N. COLLEGE STREET
GEORGETOWN TX 78626


GARRETT HAZELWOOD
2330 CHAPALA STREET
SANTA BARBARA CA 93105


GARRIGAN, MELISSA
1910 NORTH JAMESON LN
SANTA BARBARA CA 93108

GAUGHAN, ASHLEY
972 DAYTON AVENUE
ST. PAUL MN 55104


GAYNOR, KERRY
3720 10TH AVENUE SOUTH
MINNEAPOLIS MN 55407


GEFROH, ANNA NGUYEN
12700 31ST AVE N
PLYMOUTH MN 55441


GELVICK, ZOE
6016 CLINTON AVE SOUTH
MINNEAPOLIS MN 55419


GEORGE BARBERIS, INC
1628 SW 32ND PL
PORTLAND OR 97214


GEORGETOWN CHAMBER OF COMMERCE
ATTN: REBECCA HUGGINS
1 CHAMBER WAY
GEORGETOWN TX 78626


GEYER WEDDING AND EVENT RENTALS
1816 ST GERMAIN STREET
ST CLOUD MN 56301


GO-BRICKMAN MIKEN OWNER LLC
P O BOX 31001-2653
PASADENA CA 91110-2653


GOLDEN, HALLIE
4308 MERIDIAN AVENUE N
SEATTLE WA 98103

GOLDSTEIN, JULIA
10717 179TH COURT NE
SEATTLE WA 98052


GOOGLE INC
DEPT 33654
PO BOX 39000
SAN FRANCISCO CA 94139


GORDON, CHASON
132 30TH AVE
#3
SEATTLE WA 98122


GORDON, ROGER
805 APPLEGROVE ST NW
#509
NORTH CANTON OH 44720


GRAHAM, CHUCK
P O BOX 970
CARPINTERIA CA 93014


GRAND EVENT
22029 23RD DRIVE
SUITE 105
BOTHELL WA 98021


GRANEY, ERIN
3815 24TH AVE. S.
MINNEAPOLIS MN 55406


GRAPHIC TRAFFIC
622 OLIVE STREET
SANTA BARBARA CA 93101


GRIFFIN, BENJAMIN TIMM
2578 LINWOOD AVE E
MAPLEWOOD MN 55119

GRUESS, BIRGIT
8359 PASSFIELD TURN
MAPLE GROVE MN 55311


GUDEN, CATHERINE
13658 EMBRY WAY
APPLE VALLEY MN 55124


GUPPY, NANCY
1909 10TH AVENUE W
#402
SEATTLE WA 98119


GUPTE, NICOLE
2604 1ST AVE NORTH
SEATTLE WA 98109


HADDAD, ROBERT
17401 E. POWERS DR
CENTENNIAL CO 80015


HAHN, AMY
3141 35TH AVE SOUTH
FLOOR 2
MINNEAPOLIS MN 55406


HALASKA, MORGAN
4331 PLEASANT AVE
MINNEAPOLIS MN 55403


HALE, MARIANNE
712 E DENNY WAY
APT 601
SEATTLE WA 98122


HANOVER INSURANCE GROUP
P O BOX 580045
CHARLOTTE NC 28258

HANSEN, KRISTINE
511 E. DOVER STREET
MILWAUKEE WI 53207


HARALDSON, LAURA L
974 DEMONT AVE
MAPLEWOOD MN 55109


HARMEYER, CLAIRE
4001 QUAIL PARK DRIVE
WEST DES MOINES IA 50265


HAYDEN, DANIELLE
21909 58TH AVE W
#D
MOUNTLAKE TERRACE WA 94043


HAYNES, ARIEL PIPER
9207 SHANNON LANE
CORCORAN MN 55340


HAYNES, CYD
9207 SHANNON LANE
CORCORAN MN 55340


HAYNES, REBECCA
9207 SHANNON LANE
CORCORAN MN 55340


HEAVY RESTAURANT GROUP.
120 LAKESIDE AVE
SUITE 300
SEATTLE WA 98122


HEB BLOOMS
646 S. MAIN AVENUE
SAN ANTONIO TX 78204

HEFFNER MANAGEMENT, INC.
80 VINE STREET
SUITE 203
SEATTLE WA 98121


HELM, LESLIE
2400 29TH AVE W
SEATTLE WA 98199


HENNINGSEN, TRACE
8950 W. OLYMPIC BLVD
SUITE 368
BEVERLY HILLS CA 90211


HERMAN, VALLI
2500 W SILVER LAKE DRIVE
LOS ANGELES CA 90039


HESS PRINT SOLUTIONS
3765 SUNNYBROOK ROAD
BRIMFIELD OH 44240


HILDEBRANDT, SHERRI
1622 BERKELEY AVE
ST PAUL MN 55105


HOGE, ANDREW
1728 SUMMIT AVENUE
APT F4
SEATTLE WA 98122


HOLDEN, RONALD
2600 2ND AVENUE
#309
SEATTLE WA 98121


HOLLYWOOD LIGHTS
7230 S. 227TH PLACE
KENT WA 98032

HOLLYWOOD LIGHTS, INC - PDX
5251 SE MCLOUGHLIN BLVD
PORTLAND OR 97202


HORAN, BRIANNA
240 W RIVERVIEW AVE.
APT. 1
PITTSBURGH PA 15202


HOVELSON, DOUGLAS R
3429 CEDAR AVE S
MINNEAPOLIS MN 55407


HUBBARD RADIO
3650 131ST AVE SE
#550
BELLEVUE WA 98006


HUGGINS, ELIZABETH
20373 TRAVELERS PL
BEND OR 97702


IGNITE KNOWLEGE MARKETING SOLUTIONS, INC
PO BOX 670671
DALLAS TX 75267-0761


ILIOS LIGHTING
4009 COMMERCIAL CENTER DR.
#650
AUSTIN TX 78744


IMAGINE! EXPRESS MINNEAPOLIS
2633 MINNEHAHA AVE
MINNEAPOLIS MN 55406


IMPACT MAILING OF MINNESOTA, INC.
4600 LYNDALE AVE N.
MINNEAPOLIS MN 55412

INTEGRATED CONSULTING SERVICES, LLC
4917 WEST 93RD STREET
BLOOMINGTON MN 55437


ISAY SUSAN
11680 RIVERVIEW ROAD
EDEN PRAIRIE MN 05347


ISHISAKA, NAOMI
7906 WOLCOTT AVE. S
SEATTLE WA 98118


JACKSON SHRUB SUPPLY, INC.
11505 VANOWEN STREET
NORTH HOLLYWOOD CA 91605


JACKSON, CHANTEL
1711 SOUTH 52ND STREET
TACOMA WA 98408


JAMES, SALLY
6047 27TH AVE NE
SEATTLE WA 98115


JANDER, BRADLEY
1507 DEER LEDGE TRAIL
CEDAR PARK TX 78613


JEFF JOHNSON PHOTOGRAPHY(SEKA, INC)
1144 16TH AVE SE
MINNEAPOLIS MN 55414


JESSICA OYANAGI PHOTOGRAPHY
2216 S 111TH PLACE
SEATTLE WA 98168

JOHN CURRY PHOTOGRAPHY.
5615 20TH AVE NE
SEATTLE WA 98105


JOHNSON, ANGELA
6933 WYNDHAM WAY
WOODBURY MN 55125


JONES, JEANNE LANG
7015 121ST AVE SE
NEWCASTLE WA 98056


JONES, KENDALL
6559 34TH AVE SW
SEATTLE WA 98126


JOURNAL GRAPHICS, INC.
2840 NW 35TH AVENUE
PORTLAND OR 97210


KABIRI, NIKA
16019 WAYNITA WAY
F-206
BOTHELL WA 98011


KADISH, JOANNA
13166 SE 26TH STREET
BELLEVUE WA 98005


KALINSKY, KRISTI LYNN
17164 67TH PLACE N
MAPLE GROVE MN 55311


KALMBACH, LEILA
405 E MONROE ST
AUSTIN TX 78704

KALMBACH, LEILA
405 E MONROE ST AUSTIN, TX 78704
405 E MONROE ST
AUSTIN TX 78704


KASTANAS, GEORGE
7755 B SAND POINT WAY NE
SEATTLE WA 98115


KAZANA, BECKY (LARSON)
PO BOX 574
HOLUALOA HI 96725


KEATON, NANCY
PO BOX 1001
CENTRALIA WA 98531


KEENAN, EMILY
6919 JAMES AVE S
RICHFIELD MN 55423


KELLER, MAURA
3615 ROSEWOOD LANE
PLYMOUTH MN 55442


KELLEY, LORI
7511 31ST AVE NE
SEATTLE WA 98115


KELLY, LESLIE
17934 23RD LANE NE
H-202
SHORELINE WA 98155


KENDRICK, JULIE
516 W MINNEHAHA PARKWAY
MINNEAPOLIS MN 55419

```
KENJAR, HARIS
4040 26TH AVE SW
#8
SEATTLE WA 98106


KENNA, LINDSAY
1716B BOYLSTONAVE
#2B
SEATTLE WA 98122


KENNEY, TERESA
106 WEST MONTFAIR BLVD
SPRING TX 77382


KEVIN DAVIS
1700 7TH AVENUE
SEATTLE WA 98101


KING, CAITLIN
11104 NE 116TH ST
KIRKLAND WA 98034


KING, DIANA
DIANA KING PHOTOGRAPHY
824 CRESCENT HILL RD
NASHVILLE TN 37206


KLEINHUIZEN, MONIQUE ELAINE
15840 JEFFREY AVENUE N
HUGO MN 55038


KLUETZ, MAYUMI
SEATTLE BALLOON DECORATION
7503 34TH AVE NE
SEATTLE WA 98115


KNAPPENBERGER, ALLEN
1445 WHISPERWOOD TRAIL
WHITE BEAR LAKE MN 55110
```

KNICKERBOCKER, KELLY
11747 BARTLETT AVE. NE
SEATTLE WA 98125


KNOWLEDGE MARKETING
3650 ANAPOLIS, LN N
SUITE 190
PLYMOUTH MN 55447


KOH, CHARLES
3480 WELLS AVE S
RENTON WA 98055


KOPIECKI, MADELINE
2102 25TH AVE S
MINNEAPOLIS MN 55406


KORVELL, JOHN
1729 MEDALLION LOOP NW
OLYMPIA WA 98502


KQMV-FM
3650 131ST AVE SE
SUITE 550
BELLEVUE WA 98006


KROUPODEROVA, DARIA
625 N 130TH ST
#102
SEATTLE WA 98133


KRWM-FM
3650 131ST AVE SE
SUITE 550
BELLEVUE WA 98006


L.A. MODELS, INC.
7700 SUNSET BOULEVARD
LOS ANGELES CA 90046

LAMPONE, JOSEPHINE
621 4TH ST N.E.
APT. 4
MINNEAPOLIS MN 55413


LANGLEY, CALLAN R.
419 E LORETTA PLACE
APT. 312
SEATTLE WA 98102


LARSON, ABBY
5315 AUDOBON AVE.
APT 104
INVER GROVE HEIGHTS MN 55077


LARSON, HEATHER
PO BOX 24303
FEDERAL WAY WA 98093


LARSON, JENNY
17235 72ND AVENUE NORTH
MAPLE GROVE MN 55311


LAUREN KRYSTI PHOTOGRAPHY
9995 WILDFLOWER DRIVE
EDEN PRAIRIE MN 55347


LEE STANFORD PHOTOGRAPHY, INC.
721 HARDING ST NE
MINNEAPOLIS MN 55413


LEELA CYD PHOTO
1353 SANTA ROSA AVE
SANTA BARBARA CA 93109


LEVITT, RACHEL
309 6TH ST SE
#201
MINNEAPOLIS MN 55414

LEVITT, SHELLY
1156 S. CRESCENT HEIGHTS BLVD.
LOS ANGELES CA 90035


LEWIS, BARBARA
16807 MISSION PARKWAY
UNIT 301
SPOKANE VALLEY WA 99216


LIGHTBOOTH, LLC
800 W. 8TH AVE
SUITE 114
DENVER CO 80204


LIM, NICO
13931 SHIREVA COURT
LAKE OSWEGO OR 97034


LIND, TREVA A.
9012 N. SIMPSON ROAD
NEWMAN LAKE WA 99025


LITTLE, CALLIE
418 E LORETTA PL
APT #312
SEATTLE WA 98102


LOHMANN, AMY
3141 35TH AVE. SOUTH
UPPER UNIT
MINNEAPOLIS MN 55406


LORIA, KEITH
3315 MILLER HEIGHTS ROAD
OAKTON VA 22124

LOVE LETTERS MN
MOLLY MCDOUGALL
509 8TH ST SE
MINNEAPOLIS MN 55414


LOWRY, TIFFANY
4701 SW ADMIRAL WAY
#225
SEATTLE WA 98116


LSC COMMUNICATIONS
ATTN: ALEC SWAN
4101 WINFIELD ROAD, 2ND FLOOR
WARRENVILLE IL 60555


LURIE LLP.
PO BOX 860465
MINNEAPOLIS MN 55486-0465


LVC
4200 WEST 76TH STREET
EDINA MN 55435


MADRONE, JULIANA E.
2228 N. FARRAGUT STREET
PORTLAND OR 97217


MAILFINANCE
DEPT 3682
PO BOX 123682
DALLAS TX 75312


MAKE UP THERAPY
11693 SAN VICENT BLVD
#600
LOS ANGELES CA 90049

MALLOY, KATHERINE
4840 NE 9TH AVE
PORTLAND OR 97211


MANG, LAUREN
2937 SW FAIRVIEW BLVD.
PORTLAND OR 09720


MARTIN, LESLIE
823 MONET COURT
MENDOTA HEIGHTS MN 55120


MARTIN, NIA
6525 CALIFORNIA AVE W
#309
SEATTLE WA 98136


MARTUCCI, BRIAN
427 RUSSELL AVE N
MINNEAPOLIS MN 55405


MARY'S PLACE
P.O. BOX 1711
SEATTLE WA 98111


MATLOW, JEANINE
29511 MEADOWRIDGE SOUTH
FARMINGTON HILLS MI 48334


MBM RESTAURANT GROUP LLC
5309 22ND AVENUE NW
SUITE A
SEATTLE WA 98107


MCADAMS GRAPHICS, INC
7200 SOUTH 1ST STREET
OAK CREEK WI 53154

MCCARTY, MEGAN
2739 DEAN PARKWAY
MINNEAPOLIS MN 55416


MCCLAIN, JANE
2725 KENTUCKY AVE N
CRYSTAL MN 55427


MCDUFFIE, CHRIS
CHRIS MCDUFFIE PHOTOGRAPHY
275 EAST 4TH STREET
ST PAUL MN 55101


MCGHEE, SAM
19907 E MICAVIEW DR
GREENACRES WA 99016


MCLAUGHLIN, JANET
5705 OLINGER ROAD
EDINA MN 55436


MCMANIS, JAMES
7210 KIMBERLY LANE N MAPLE GROVE MN 5531
MAPLE GROVE MN 55311


MCVAY, RYAN
2624 W PLYMOUTH
SEATTLE WA 98199


MEHOSH PHOTOGRAPHY
624 OLIVE STREET
SANTA BARBARA CA 93101


MEHTA, FEROZA
7021 SHANNON DRIVE
7021 SHANNON DRIVE
EDINA MN 55439

METRO SALES, INC.
1620 E 78TH ST.
MINNEAPOLIS MN 55423


MEYERSON, HILARY
6828 52ND AVENUE NE
SEATTLE WA 98115


MICHELLE WIEDELL, LLC
515 SOUTH 12TH STREET
#340
OMAHA NE 68102


MICHELLE'S PATISSERIE
12233 RR 620 N.
#114
AUSTIN TX 78750


MICKOOL, SHEILA
5402-C LAKE WASHINGTON BLVD. NE
KIRKLAND WA 98033


MILE HIGH STATION INC
2027 W COLFAX AVE
DENVER CO 80204


MILLER, BRIAN
275 W. ROY ST.
APT. 407
SEATTLE WA 98119


MILLER, LESLEE
100 3RD AVE S
#202
MINNEAPOLIS MN 55401


MILLER, RYAN
1625 SHORES BOULEVARD
ROCKWALL TX 75087

MINNEAPOLIS FINANCE DEPT.
ATTN: UTILITY DEPT.
P O BOX 77028
MINNEAPOLIS MN 55480


MINNEAPOLIS FINANCE DEPT.
LICENSES & CONSUMER SVC ATTN: FALSE ALAR
350 SOUTH 5TH STREET - ROOM 1
MINNEAPOLIS MN 55415


MIRABEL TECHNOLOGIES
ATTN: MAGAZINE MANAGER
1401 E BROWARD BLVD, SUITE #206
FORT LAUDERDALE FL 33301


MITCHELL, PAULETTE
7677 WOODVIEW COURT
EDINA MN 55439


MIZUTANI, DANE
2849 IRVING AVE S
#2
MINNEAPOLIS MN 55408


MODERN HEATING & AIR CONDITIONING INC
29123 NETWORK PLACE
CHICAGO IL 60673-1291


MOHAMUD, YASIN
4425 PARKLAWN COURT
APT 213
EDINA MN 55435


MONN, JUDY
890 LAKE SUSAN HILLS DRIVE
CHANHASSEN MN 55317

```
MONNONE, CAITLEN
18403 NW CHEMEKETA LN
APT. A
PORTLAND OR 97006


MORELLI, JESSICA
756 S. FAIRWAY LN
ANAHEIM HILLS CA 92807


MORGAN, LINDA
8646 NORTH MERCER WAY
MERCER ISLAND WA 98040


MUSE MODELS
1110 SW SALMON STREET
PORTLAND OR 97205


MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA NE 68103-2147


MYERS, CATLIN
1246 N HAYWORTH AVE #104 WEST HOLLYWOOD,
#104
WEST HOLLYWOOD CA 90046


NELSON ELECTRIC INC
7801 XYLON AVE N
SUITE 300
BROOKLYN PARK MN 55445


NEOFUNDS BY NEOPOST
P O BOX 6813
CAROL STREAM IL 60197
```

NEOPOST INC
DEPT 3689
PO BOX 123689
DALLAS TX 75312


NEWLAND, ERIK
5333 DREW AVE SOUTH
MINNEAPOLIS MN 55410


NEWMAN, MARGIE
144 MORTON STREET W
ST. PAUL MN 55107


NIMS, CYNTHIA
3731 SW ROSE ST
SEATTLE WA 98126


NORTH LOOP WINE AND SPIRITS
218 WASHINGTON AVE N
MINNEAPOLIS MN 55401


NORTHRUP, JANNA
5221 WOODDALE AVENUE
EDINA MN 55424


NORTHWEST HARVEST
ATTN:  EVENTS DEPT. - MADELYNE GODLEY
PO BOX 12272
SEATTLE WA 98102


NOURY, CAROLEE A.
13322 KEATING STREET
ROCKVILLE MD 20853


O LEARY, SHANNON
3910 WHITMAN AVE N
APT. #8
SEATTLE WA 98103

O'CONNELL, NICK
201 NEWELL STREET
SEATTLE WA 98109


O'CONNELL, ROBERT
2120 PLEASANT AVE #207
#207
MINNEAPOLIS MN 55404


OGLETREE, KELSEY
3709 N ASHLAND AVE
UNIT 2N
CHICAGO IL 60613


OLSON, KATHRYN JANELLE
1706 WEST 90TH ST
BLOOMINGTON MN 55431


OMNI HOTELS & RESORTS DOWNTOWN AUSTIN
700 SAN JACINTO
AUSTIN TX 78701


ON TIME DELIVERY SERVICE
P O BOX 860590
MINNEAPOLIS MN 55486


ONE WORLD THEATRE
7701 BEE CAVES RD
AUSTIN TX 78746


ONETIME-BRYSON, NATALIE
PO BOX 2000
SILVERDALE WA 98383


ONETIME-BUSH, ALAN
4135 PARVA AVE
LOS ANGELES CA 90027

```
ONETIME-CINDI CLEVELAND
114 2ND AVE S
APT 203
EDMONDS WA 98020


ONETIME-FORE, CANDICE
14606 224TH ST. E
GRAHAM WA 98338


ONETIME-JAN LIVINGSTON
2911 2ND AVE
#1115
SEATTLE WA 98121


ONETIME-LANPHEAR, MONIQUE
6109 TILDEN STREET
FORT COLLINS CO 80528


ONETIME-LAUREN BARNHART
558 CENTRAL WAY
APT 311
KIRKLAND WA 98033


ONETIME-MCHUGH, CAROL
8767 SW ILLAHEE COURT
UNIT 605
WILSONVILLE OR 97070


ONETIME-RIDEN, KATHRYN
935 CAMINO CABALLO
NIPOMO CA 93444


ONETIME-VERIS LAW GROUP
1809 7TH AVE
SUITE 1400
SEATTLE WA 98101
```

ONETIME-WALKER, MELANIE
315 W GALER
#105
SEATTLE WA 98119


OPDAHL, COURTNEY
47 S. DEEP LAKE ROAD
NORTH OAKS MN 55127


OPTUM HSA EMPLOYEE SERVICES
2525 LAKE PARK BLVD
WEST VALLEY CITY UT 84128


OWENS, LEE ANN
3316 WEST 60TH STREET
EDINA MN 55410


OWENS, MATT
13522 BEVERLY PARK ROAD
UNIT B
MUKILTEO WA 98275


PACIFIC OFFICE AUTOMATION
P O BOX 030310
LOS ANGELES CA 90030-0310


PAETZKE, JESSICA
1834R N HUMBOLDT AVE
MILWAUKEE WI 53202


PAGE BEAUTY
P O BOX 885
VENICE CA 90294


PAGESUITE, INC
P.O. BOX 780950
PHILADELPHIA PA 19178-0950

PARTY PLACE
3721 NW FRONT AVE
PORTLAND OR 97210


PECAN SPRINGS RANCH
10601 DERECHO DRIVE
AUSTIN TX 78737


PEDERSEN'S EVENTS RENTALS
4500 4TH AVE SOUTH
SEATTLE WA 98134


PEHA, JAMIE M
PEHA PROMOTIONS, LLC
8406 NE 153RD STREET
KENMORE WA 98028


PELCZARSKI, JENNIFER A
2098 MARSHALL AVE
ST. PAUL MN 55104


PENDLETON, MARGARET
8203 GALWAY ROAD
WOODBURY MN 55125


PERRY, JULIEN
1752 NW MARKET ST
#918
SEATTLE WA 98107


PERRY, LINDSAY
18211 INDIAN CREEK DRIVE
LAKE OSWEGO OR 97035


PERRY, STACI
1614 130TH STREET
VERDI MN 56164

PETERS, ALEXA
901 24TH AVE S
SEATTLE WA 98144


PETERS, JENNY
8707 FALMOUTH AVENUE
UNIT 211
PLAYA DEL REY CA 90293


PETERSON, ERIC
2422 S. BANNOCK ST
DENVER CO 80223


PETERSON, LIZ
5648 22ND AVENUE SOUTH
MINNEAPOLIS MN 55417


PHELPS, TYLER
2001 36TH AVE NE
MINNEAPOLIS MN 55418


PHILLIPS, MICHELE
15129 GLEN OAK STREET
MINNETONKA MN 55345


PHINNEY NEIGHBORHOOD ASSOCIATION
6532 PHINNEY AVE N
SEATTLE WA 98103


PHOTOGENICS MEDIA LLC
3103A S LA CIENEGA BLVD
LOS ANGELES CA 90016


PHOTON
1260 NW NAITO PKWAY
#701
PORTLAND OR 97209

PIERSON, CAROLYN
6032 WASHBURN AVE S.
MINNEAPOLIS MN 55410


PINTO, JENNIFER
8246 15TH AVE NE
SEATTLE WA 98115


PITTERLE, JENNIFER
7033 SUSSEX LANE
SHAKOPEE MN 55379


PLETT, RYAN
210 THOMPSON ST.
#3CS
NEW YORK NY 10012


PONS, ANDREA
519 WEST ROY ST
#216
SEATTLE WA 09811-9323


POPP TELECOM INC
620 MENDELSSOHN AVE N
SUITE 101
GOLDEN VALLEY MN 55427


PR NEWSWIRE
PO BOX 5897
NEW YORK NY 10087


PRESSTIGE MEDIA, INC
P O BOX 1807
LA CENTER WA 98629


PSAV
C/O FAIRMONT OLYMPIC HOTEL
411 UNIVERSITY STREET
SEATTLE WA 98101

```
PSAV
C/O GRADUTE MINNEAPOLIS
615 WASHINGTON AVE SE
MINNEAPOLIS MN 55414


PUBLIC HEALTH -SEATTLE & KING COUNTY
401 FIFTH AVE SUITE 1100
SEATTLE WA 98104


PUBLICATION PRINTERS CORP
2001 S PLATTE RIVER DRIVE
DENVER CO 80223


QUAD/GRAPHICS PRINTING CORP
ATTN: JENNY SELKE-CREDIT DEPT
N61 W23044 HARRY'S WAY
SUSSEX WI 53089


RADTKE, ELI
1471 SHANNON DRIVE
WOODBURY MN 55125


RAMIREZ, DANIEL
3912 AUSTIN AVE
WACO TX 76710


RANGEL, RAYMOND
7465 HOLLISTER AVE
#443
GOLETA CA 93117


RANSOHOFF, NANCY
3748 LINCOLN ROAD
SANTA BARBARA CA 93110


RATHBUN, A.J.
7751 23RD AVE NW
SEATTLE WA 98117
```

RCMA
7702 WOODLAND DRIVE
SUITE 120
INDIANAPOLIS MN 46278


READY LANDSCAPING, INC
14128 NEBULA ST NE
CIRCLE PINES MN 55014


RECOLOGY CLEANSCAPES
P O BOX 34260
SEATTLE WA 98124


REDDAWAY
26401 NETWORK PLACE
CHICAGO IL 60673


REEDY HATHAWAY, ALLYSON
1648 HEMLOCK WAY
BROOMFIELD CO 80020


REID SIMONS, CHERYL
1506 23RD AVE.
MILTON WA 98354


REIGH, COURTNEY
440 BAY STREET
ST. PAUL MN 55102


RELISH CATERING & EVENTS
7860 WEST 16TH AVE
LAKEWOOD CO 80214


RENAISSANCE AUSTIN HOTEL
9721 ARBORETUM BOULEVARD
AUSTIN TX 78759

REUNION RANCH
850 COUNTY ROAD 255
GEORGETOWN TX 78628


RICE, CLIFF
7239 48TH WAY NW
OLYMPIA WA 98502


RIOS, ALESSANDRO
7054 11TH AVE NW
SEATTLE WA 98117


RITCHIE, SIMONE
11005 45TH AVE N
PLYMOUTH MN 55442


ROBINSON, ANGELA
ANGELA CICCU PHOTOGRAPHY
1461 HIDDEN CREEK CIRCLE DR NE #D
GRAND RAPIDS MI 49505


ROOFOPTIONS, LLC
5712 WEATHERSTONE WAY
JOHNSBURG IL 60051


ROYCE'S PROP SHOP, INC
5406 N ALBINA AVE
PORTLAND OR 97217


ROYLE PRINTING CO(INC.)
ATTN: JILL MOEDE
745 S BIRD STREET
SUN PRAIRIE WI 53590


RUNNING AWARDS AND APPAREL
3935 COMMERCE DRIVE
ST. CHARLES IL 60174

RUSCH, MARTIN
2413 NORWALK AVE
LOS ANGELES CA 90041


RUSSELL, KRISTEN
7631 SE 29TH STREET
MERCER ISLAND WA 98040


SAGLIE, GABE
2046 LINDENGROVE ST
WESTLAKE VILLAGE CA 91316


SALAZAR, ALICIA
2308 HOLLOWBROOK LANE
CONROE TX 77384


SASHA MODELS, INC
18916 HOWE STREET
OHAMA NE 68130


SASKIA POTTER
5228 240 ST SW MOUNTLAKE
MOUNTLAKE TERRACE WA 98043


SAUER, LAUREN
3981 TROTTER COURT
EAGAN MN 55123


SAVOR...MCCAW HALL
305 HARRISON STREET
SEATTLE WA 98109


SCHEER, RODDY
1729 NE 56TH ST
SEATTLE WA 98105

SCHER, STEVE
6244 27TH AVENUE NE
SEATTLE WA 98115


SCHUGAR, LAUREN
225 23RD AVE. E
SEATTLE WA 98112


SCIORTINO, MAGGIE
2216 HARRIET AVE
#104
MINNEAPOLS MN 55405


SCOTT, ALEXANDRA
420E 66TH ST
#5E
NEW YORK NY 10065


SCOUT, LLC
5775 WAYZATA BLVD
SUITE 700
ST LOUISPARK MN 55416


SEATTLE CENTER
KATHERINE NYBORG EVENT SALES
305 HARRISON STREET
SEATTLE WA 98109


SEATTLE MODELS GUILD LLC
1264 EAST LAKE AVE E.
SEATTLE WA 98102


SEATTLE PARKS & RECREATION, NONPROF CORP
ATTN: EVENT MANAGEMENT
7201 E GREEN LAKE DRIVE N
SEATTLE WA 98115

SEDGWICK, HANA-LEE
602 DE LA VISTA AVE
SANTA BARBARA CA 93103


SELL, WENDY THIES
1113 TARPON CT
ORCUTT CA 93455


SEMION, BILL
41629 LARIMORE
CANTON MI 48187


SERSLAND, MELISSA
1646 RIVER ST.
#715
DES PLAINES IL 60016


SEVERSON, JULIE JO
14600 13TH PLACE N
PLYMOUTH MN 55447


SEWARD, ELIZABETH
5467 SE PARK STREET
MILWAUKIE OR 97222


SHAMDEEN, SHAIMA
232 ELISE LANE
PACIFIC WA 98047


SHAPCO PRINTING, INC.
1109 ZANE AVE N
MINNEAPOLIS MN 55442


SHARELL KATELYNN ARTISTRY
1507 WESTERN AVE
#102
SEATTLE WA 98101

```
SHAWN, TRACY
315 MEIGS ROAD
SUITE A-373
SANTA BARBARA CA 93109


SHAYAN, YASHAR
6310 PHINNEY AVE N
UNIT 2
SEATTLE WA 98103


SHELDON ART MUSEUM
ATTN: AR-SHELDON
12TH AND R STREETS
LINCOLN NE 68588-0300


SHEPPHIRD, ANN
2618 28TH STREET
#4
SANTA MONICA CA 90405


SHOBE, NANCY
P O BOX 40500
SANTA BARBARA CA 93140


SHULTIS, ALYSSA
5205 ABBOTT AVE SOUTH
MINNEAPOLIS MN 55410


SIGNS OF SEATTLE
6263 ELLIS AVE SOUTH
SEATTLE WA 98108


SIMONSON, ASHLEY
6158 169TH ST W
FARMINGTON MN 55024


SKAHAN, KELLY
2111 THORNDYKE AVE W
SEATTLE WA 98199
```

SLAUGHTER, SHELBY
2356B FRANKLIN AVE E
SEATTLE WA 98102


SMITH, PAIGE
4020 AURORA AVE N
SEATTLE WA 98103


SNAP BAR, LLC
P O BOX 385
WAUNA WA 98395


SONIQ TRANSPORTATION
21820 76TH AVE S
KENT WA 98032


SP PLUS
50 S. 6TH STREET
SUITE #1320
MINNEAPOLIS MN 55402


SPRINKLES & CONFETTI
5115 EXCELSIOR BLVD
#325
ST. LOUIS PARK MN 55416


STAFF PRO
15272 JASON CIRCLE
HUNTINGTON BEACH CA 92649


STANG, JOHN
4522 BROOKLYN AVE NE
#314
SEATTLE WA 98105


STAPLES ADVANTAGE-SEATTLE
PO BOX 660409
DALLAS TX 75266-0409

STAT RESPONSE
1212 CASCADE COURT
SULTON WA 98294


STEIG, SHELLY
11348 PANORAMA COURT
PARKER CO 80138


STEIN, DIANA
5875 PAINTER ROAD
MINNETRISTA MN 55364


STEPHANIE FUNK PHOTOGRAPHY
2030 SW ROXBURY AVE
PORTLAND OR 97225


STEWART, KIMBERLY LORD
3956 DA VINCI DRIVE
LONGMONT CO 80503


STEWART-HESTER, RENEE
2199 BOULDER ROAD
CHANHASSEN MN 55317


STIRISTA, LLC
16414 SAN PEDRO AVENUE
SUITE 150
SAN ANTONIO TX 78232


STOECKERT, ANTHONY
12 POPLAR AVENUE
BORDENTOWN NJ 08505


STOJNIC, NIKI
3645 44TH AVE SW
SEATTLE WA 98116

STOUT, RUSSELL EUGENE
PO BOX 24169
SEATTLE WA 98124


STRANGER, THE
ATTN: ACCOUNTING
1535 11TH AVE - 3RD FLOOR
SEATTLE WA 98122


STRATEGIC MEDIA, LLC
PO BOX 251-H
SCARSDALE NY 10583


STREGARE CHEESECAKE CO.
178 E. CLEARVIEW CEMETARY RD
BASTROP TX 78602


STUART LANE
1531 14TH AVENUE
SEATTLE WA 98122


STUCKRATH, TRACY
606 TABERNA CIRCLE
606 TABERNA CIRCLE
NEW BERN NC 28562


STUDIO PLUS SOFTWARE LLC
2070 RIVER REACH DRIVE
#77
NAPLES FL 34104


SUBCO
653 W. FALLBROOK AVENUE
SUITE 101
FRESNO CA 93711


SUDAK, STUART
1443 SOPHIA DRIVE
CHASKA MN 55318

SUSSMAN, SCOTT
15 TEAK LANE
PRINCETON NJ 08540


SWANSON, CAITLIN
9950 CONRAD AVENUE
INVER GROVE HEIGHTS MN 55076


SWANSON, JEN
4215 SW EDMUNDS ST
#209
SEATTLE WA 98116


SWINARSKI, CLAIRE
1282 BALMORAL COURT
BROOKFIELD WI 53005


SWOYER, MEGAN
2865 WATERLOO DRIVE
TROY MI 48084


TAGBOARD, INC
8201 164TH AVE NE
SUITE 105
REDMOND WA 98052


TARALA, KASSIDY
2508 DELAWARE ST. SE
#461A
MINNEAPOLIS MN 55414


TAYLOR SHELLFISH FARMS
ATTN: AHI MCSWEENEY
130 SE LYNCH ROAD
SHELTON WA 98584


TEGRA STONE NUESS
1011 N 41ST STREET
SEATTLE WA 98103

TEMKIN, DANIEL
BLOCK 41
PO BOX 249
MEDINA WA 98039


TEXAS FEDERATION OF WOMENS CLUB
2312 SAN GABRIEL ST.
AUSTIN TX 78705


THE CENTOFANTE GROUP, INC.
P O BOX 584
564 SECOND STREET
LAKE OSWEGO OR 97034


THE HARTFORD CORPORATION
PO BOX 660916
DALLAS TX 75266-0916


THE LAW OFFICES OF ALEX W. CRAIGIE
12100 WILSHIRE BOULEVARD
SUITE 800
LOS ANGELES CA 90025


THOMPSON SEATTLE
ATTN: SERENA MCCABE
110 STEWART ST
SEATTLE WA 98101


THOMSON, JESSICA
7507 1ST AVE NW
SEATTLE WA 98117


THRIVEPASS
PO BOX 220
MINNEAPOLIS MN 55440-0220


TOPINKA, EMILY
1852 STANFORD AVENUE
ST. PAUL MN 55105

TREVICK, BRITTANY
1816 W. RICE ST.
APT. 2F
CHICAGO IL 60622


TRIUMPH EXPO & EVENTS INC
12614 INTERURBAN AVE SO
SEATTLE WA 98168


TROPHIES 2 GO
933 THOMAS AVE. SW
RENTON WA 98057


TRUMP, DONNA
100 3RD AVENUE S.
#2802
MINNEAPOLIS MN 55401


TRUZZI, GIANNI
5532 34TH AVE NE
SEATTLE WA 98105


TRYSK PRINTING SOLUTIONS LLC
2201 3RD AVE
#2704
SEATTLE WA 98121


ULRICHOVA, LENKA
2109 WASHINGTON AVE
SANTA MONICA CA 90403


US POSTAL SERVICE-GENERIC
ATTN: POSTMASTER
350 CENTRAL AVENUE
LONG PRAIRIE MN 56347

USADATA
875 THIRD AVE
SUITE 6A
NEW YORK NY 10022


VALERIE MILLER EVENTS
4005 KAYWOOD CT.
SUITE 100
LAKEWAY TX 78738


VAN ARSDEL, MARY
5051 50TH AVE. NE
#10
SEATTLE WA 98105


VERITAE GROUP, LLC
1650 WEST END BLVD
SUITE 100
ST. LOUIS PARK MN 55416


VERIZON
PO BOX 9688
MISSION HILLS CA 91346-9688


VICORY, JOHN
5520 108TH AVE NE
KIRKLAND WA 98033


VIKTOR'S SERVICES
521 4TH ST. NE
MINNEAPOLIS MN 55413


VILLA CATALANA CELLARS
11900 S CRITESER RD
OREGON CITY OR 97045


VINEYARD AT FLORENCE
111 VIA FRANCESCO
FLORENCE TX 76527

VINTAGE VILLAS HOTEL & EVENTS
4209 ECK LANE
AUSTIN TX 78734


VIRGIN, BILL
15642 129TH COURT SE
RENTON WA 98058


VISIT BASTROP
1408 B CHESTNUT ST.
BASTROP TX 78608


VOIGT MOTORCOACH TRAVEL, INC
P.O. BOX 1
ST. CLOUD MN 56302


WAGENER, HANNAH
4520 W 44TH ST
EDINA MN 55424


WAGNER, AMANDA
7425 GLEASON ROAD
EDINA MN 55439


WALKER, RICHARD
P.O. BOX 301
ANACORTES WA 98221


WALTERS RECYCLING & REFUSE
2830 101ST AVE NE
BLAINE MN 55449-5705


WANG, MAN
9604 8TH AVE NE
SEATTLE WA 98115

WASHINGTON DEPT OF REVENUE
PO BOX 47464
OLYMPIA WA 98504-7464


WATANABE, MARK H.
8509 142ND AVE NE
REDMOND WA 98052


WATTS, ANDREA
72 TORNQUIST RD
MCCLEARY WA 98557


WAVEFORM EVENTS LLC
5862 BOLSA AVE
#106
HUNTINGTON BEACH CA 92649


WEGNER, AMANDA
6120 CREAMERY CT
MCFARLAND WI 53558


WEIGLE, KRISTEN BANSEN
4742 MASON AVE NE
ST. MICHAEL MN 55376


WERNI, JOSEPHINE
3001 LINCOLN ST NE
MINNEAPOLIS MN 55418


WHITE BEAR AREA CHAMBER OF COMMERCE
4751 HIGHWAY 61
WHITE BEAR LAKE MN 55110


WI, NATALIE
C/O ALLURE WEST STUDIOS
105 PROVIDENCE AVE
DOYLESTOWN PA 18901

WIBLE, SCOTT
1201 139TH STREET W
BURNSVILLE MN 55337


WILLIAM CLARK PHOTOGRAPHY
3153 BLOOMINGTON AVE
MINNEAPOLIS MN 55407


WITKAMP, KC
16969 ROBINS NEST WAY
#3
SAN DIEGO CA 92127


WOLFGANG PUCK CATERING - SEA
ATTN: SANDRA PETERSON
325 5TH AVE N
SEATTLE WA 98109


WOODMAN, KATE
3610 EENA ROAD LAKE
LAKE OSWEGO OR 97034


WURN, DIANA
2735 57TH AVE SW
SEATTLE WA 98116


XCEL ENERGY, INC.
PO BOX 9477
MINNEAPOLIS MN 55484-9477


XEROX CAPITAL SERVICES, LLC
PO BOX 802555
CHICAGO IL 60680-2555


YADEGARAN BRODIE, JESSICA
1132 WILLOW VILLAGE SQUARE
SAN JOSE CA 95125

YATCHISIN, GEORGE
1509 MOUNTAIN AVE
SANTA BARBARA CA 93101


YIAPAN, BRIO
BRIO PHOTOGRAPHY
4609 1/2 HARMON AVE
AUSTIN TX 78751


ZERULL, JULIA
5013 PARK TERRACE
EDINA MN 55436


ZIMMETH, KHRISTI
1000 DEVONSHIRE ROAD
GROSSE POINTE PARK MI 48230


ZITARELLI, PAUL
14521 MADISON AVE NE
BAINBRIDGE ISLAND WA 98110

# United States Bankruptcy Court
## District of Minnesota

In re   **Tiger Oak Media, Incorporated**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tiger Oak Media, Incorporated**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  7, 2019**

Date

**/s/ Steven B. Nosek**

**Steven B. Nosek 79960**

Signature of Attorney or Litigant

Counsel for   **Tiger Oak Media, Incorporated**

**Steven B. Nosek, P.A.**
**Attorney at Law**
**2855 Anthony Lane S, #201**
**St. Anthony, MN 55418**
**612-335-9171 Fax:612-789-2109**
**snosek@noseklawfirm.com**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com