## Cash Flow Projection as of October 10, 2019

| | 30 days | 60 days |
|---|---:|---:|
| Uses of Cash: | | |
| Outstanding Checks: | | |
|   Vendor | $275,731.00 | - |
|   Payroll | $49,997.83 | - |
| Expenses | | |
|   Payroll (Net), Payroll Taxes & Expense Reports, 401k, Flex Benefits | $410,000.00 | $410,000.00 |
|   Printing | $191,000.00 | $338,000.00 |
|   Contract Labor & Freelance Writers and Photographers | $65,000.00 | $66,000.00 |
|   Postage/ Shipping | $43,000.00 | $71,000.00 |
|   Credit Line Loan and Interest | $35,000.00 | $35,000.00 |
|   Rent | $22,670.39 | $22,670.39 |
|   Software (Adobe, Magazine Manager, Rackspace, Microsoft, Stirista, IT , Iphoto Consultant) | $28,000.00 | $28,500.00 |
|   Venue Expense | $20,000.00 | $20,000.00 |
|   Circulation Cost (Quickfill, & Misc Circuation Charges) | $13,000.00 | $13,000.00 |
|   Consulting CFO | $11,000.00 | $11,000.00 |
|   Payment Processing Fees | $8,000.00 | $8,000.00 |
|   Digital Production (Facebook, Simplifi) | $7,500.00 | $8,500.00 |
|   Office Supplies & Shipping | $4,000.00 | $4,000.00 |
|   Utilities | $2,500.00 | $2,500.00 |
|   Consulting Legal | $2,100.00 | $2,100.00 |
|   Internet/phones | $3,200.00 | $3,200.00 |
|   Payroll Processing | $1,200.00 | $1,200.00 |
|   Equipment Repair & Maintenance | $1,500.00 | $1,500.00 |
|   Tax Preparation | $10,000.00 | $1,500.00 |
|   Equipment Rental & Leases | $3,000.00 | $3,000.00 |
| Insurance | | |
|   Employee Insurance | $28,000.00 | $28,000.00 |
|   Liability Insurance | $1,500.00 | $1,500.00 |
|   Workman Comp Insurance | $800.00 | $800.00 |
| Taxes | | |
|   Texas Franchise Taxes in Arrears (fees not included) | $314.04 | $0.00 |
|   Projected WA Taxes | $3,000.00 | $3,000.00 |
|   Projected MN Taxes | $120.00 | $120.00 |
| **TOTAL EXPENSES:** | **$1,241,133.26** | **$1,084,090.39** |

**EXHIBIT 1-A**