**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In Re:** | **BKY No.: 19-43029** |
| | **Chapter 11 Case** |
| **Tiger Oak Media, Incorporated,** | |
| **Debtor.** | |

## INTERIM ORDER

The Motion of Tiger Oak Media, Incorporated ("Debtor") for an Order granting interim use of cash collateral and to grant adequate protection came on for expedited hearing before the undersigned on the 10th day of October, 2019. Appearances were noted.

**IT IS HEREBY ORDERED:**

1. The Debtor's Motion for expedited hearing is granted.

2. The Debtor is authorized to use cash collateral as described in the Debtor's Rule 4001-2 Statement and as set forth on the attached **Exhibit A** on an interim basis; and

3. The Debtor is authorized to grant a replacement lien to Choice Financial Group on all assets of the Debtor-In-Possession to the extent of use of cash collateral, which replacement lien shall have the same priority, dignity and effect as the pre-petition lien held by said creditor. Assets excluded from the replacement lien are the Debtor's bankruptcy causes of action; and

4. No additional steps need to be taken to perfect the replacement lien authorized herein; and

5. The Final hearing on the motion for an order authorizing the use of cash collateral shall be held on Wednesday, November 13, 2019 at 10:00 a.m.

**Dated:** *October 10, 2019*

*/e/ Michael E. Ridgway*
**Michael E. Ridgway
Chief United States Bankruptcy Judge**

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/10/2019*
Lori Vosejpka, Clerk, by MJS

## Cash Flow Projection as of October 10, 2019

|  | 30 days | 60 days |
|---|---|---|
| Uses of Cash: |  |  |
|   Payroll | $49,997.83 | - |
| Expenses |  |  |
|   Payroll (Net), Payroll Taxes & Expense Reports, 401k, Flex Benefits | $410,000.00 | $410,000.00 |
|   Printing | $191,000.00 | $338,000.00 |
|   Contract Labor & Freelance Writers and Photographers | $65,000.00 | $66,000.00 |
|   Postage/ Shipping | $43,000.00 | $71,000.00 |
|   Rent | $22,670.39 | $22,670.39 |
|   Software (Adobe, Magazine Manager, Rackspace, Microsoft, Stirista, IT , Iphoto Consultant) | $28,000.00 | $28,500.00 |
|   Venue Expense | $20,000.00 | $20,000.00 |
|   Circulation Cost (Quickfill, & Misc Circuation Charges) | $13,000.00 | $13,000.00 |
|   Payment Processing Fees | $8,000.00 | $8,000.00 |
|   Digital Production (Facebook, Simplifi) | $7,500.00 | $8,500.00 |
|   Office Supplies & Shipping | $4,000.00 | $4,000.00 |
|   Utilities | $2,500.00 | $2,500.00 |
|   Internet/phones | $3,200.00 | $3,200.00 |
|   Payroll Processing | $1,200.00 | $1,200.00 |
|   Equipment Repair & Maintenance | $1,500.00 | $1,500.00 |
|   Equipment Rental & Leases | $3,000.00 | $3,000.00 |
| Insurance |  |  |
|   Employee Insurance | $28,000.00 | $28,000.00 |
|   Liability Insurance | $1,500.00 | $1,500.00 |
|   Workman Comp Insurance | $800.00 | $800.00 |
| Taxes |  |  |
|   Projected WA Taxes | $3,000.00 | $3,000.00 |
|   Projected MN Taxes | $120.00 | $120.00 |
| **TOTAL EXPENSES:** | **$906,988.22** | **$1,034,490.39** |

**EXHIBIT A**