## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

Tiger Oak Media, Inc.

**Chapter 11**

**BK 19-43029**

**Debtor(s).**

## AMENDED COMMITTEE OF UNSECURED
## CREDITORS IN CHAPTER 11 CASE

D&J Printing (Hess Print Solutions) has notified the United States Trustee that it no longer wants to serve on the official committee of unsecured creditors. The United States Trustee appointed Integrated Consulting Services, LLC as a replacement member because Integrated had returned a questionnaire indicating an interest in serving on the committee. The undersigned counsel inadvertently forgot that Integrated Consulting Services became a professional of the debtor and waived their prepetition claim. Integrated is therefore not eligible to serve on the committee.

The United States Trustee files this amended appointment to reflect that the creditors D&J Printing (Hess Print Solutions) and Integrated Consulting Services, LLC have been removed from committee membership and should be removed from all notice or contract regarding the official committee of creditors

.

November 21, 2019

Respectfully submitted,

JAMES L. SNYDER
Acting United States Trustee
Region 12

By:  /s/ Sarah J. Wencil
Sarah J. Wencil
Trial Attorney
IA Atty I.D. No. 14014
U.S. Trustee's Office
300 South Fourth St., #1015
Minneapolis, MN   55415
(612) 334-1366