**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                    BKY No.: 19-43029
                                                                                          **Chapter 11 Case**

**Tiger Oak Media, Incorporated,**

**Debtor.**

___

**NOTICE OF FINAL HEARING AND <u>AMENDED</u> MOTION FOR APPROVAL OF POST-PETITION DEBTOR-IN-POSSESSION SECURED CREDIT**

**TO:    ALL PARTIES IN INTEREST AND OTHER ENTITIES AS SPECIFIED IN LOCAL RULE 9013-3:**

1. Tiger Oak Media, Incorporated, a Minnesota corporation ("Debtor"), by and through its undersigned attorneys, moves the court for relief and gives notice of hearing herewith.

2. The court will hold a Final hearing on the Debtor's motion and this amended motion ("Motion") at 1:30 p.m. on Thursday, December 5, 2019, before the honorable Michael E. Ridgway, in Courtroom 7 West, 300 South Fourth Street, Minneapolis, MN 55415, or as soon thereafter as counsel may be heard.

3. Any response to the Motion must be filed and served not later than 2 hours prior to the December 5, 2019. **THE COURT MAY GRANT THE DEBTOR'S MOTION WITHOUT A FURTHER HEARING UNLESS AN APPROPRIATE OBJECTION IS INTERPOSED IN ACCORDANCE WITH THE RULES.**

4. This court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 4001, 5005, and Part IX of the Local Rules. This Motion is filed under Bankruptcy Rules 4001(b), (c), and (d), 9014, and Local Rule 4001-2. This proceeding arises under 11 U.S.C. §§363 and 364. The petition commencing this Chapter 11 case was filed on October 7, 2019 (the "Filing Date") and the case is now pending before this court.

1.

5. There is a Committee of Unsecured Creditors appointed in this case (Doc. Nos. 22, 23, 28, 58 and 59).

6. The Debtor is in continuing need of scheduling production printing for its numerous publications. Attached as **Exhibit A** is a production scheduled prepared by the Debtor for the months of October, November and December 2019. Attached as **Exhibit B** is a production schedule prepared by the Debtor for the year 2020. The Debtor's principal printer (is D&J Printing, Inc. d/b/a Hess Print Solutions ("Hess") has indicated that it will not engage in further printing for the Debtor without pre-payment, or in the alternative, without being granted court authorization to have secured credit pursuant to 11 U.S.C. §364(d) and §364(c)(1). The Debtor does not have sufficient cash to pre-pay its printing expenses that will be incurred. The Debtor has been unable to pre-pay these printing expenses. Thus far, the Debtor has been unable to secure any loan to pay for these printing expenses so that it may be able to operate its business. The Debtor requested that Hess provide printing services to the Debtor on an unsecured basis so that it would be allowed a chapter 11 administrative expense. Hess has indicated to the Debtor that it will not provide unsecured credit but, it will supply 30-day credit terms to the Debtor if it is granted a lien on the assets of the Debtor and the Debtor-In-Possession. Hess is the Debtor's single largest unsecured creditor in the case. Hess is the largest printer utilized by the Debtor. The Debtor's proposal is to make weekly payments to Hess so that jobs performed by Hess will be paid by the expiration of the 30-day terms provided to the Debtor.

7. The Debtor therefore requests that it be authorized to grant Hess a lien and security interest in the assets of the Debtor and in addition, grant Hess a super priority lien pursuant to 11 U.S.C. §364(c)(1) of the Bankruptcy Code.

8. The Debtor estimates that it will incur printing expenses from Hess in the amount of $341,809.00 between now and the end of 2019. The Debtor estimates that it will incur printing expenses from all sources in the amount of $3,164,800.00 in the year 2020.

9. The Debtor requests that it be authorized to incur secured debt and that Hess be granted a super priority lien pursuant to §364(d)(1) §364(c)(1) of the Bankruptcy Code.

10. The Debtor requests the Court to take judicial notice of the projections (Doc. No. 9) attached to the Debtor's Expedited Motion for Use of Cash Collateral (Doc. No. 6).

11. The Debtor is unable to obtain unsecured credit. The Debtor is unable to obtain secured credit from any other entity or source. The secured credit proposed in this Motion is the only form of financing available to the Debtor.

12. Pursuant to Local Rule 9013-2(c), the Debtor states that should testimony be necessary at any hearing on this matter, the Debtor reserves the right to call Craig Bednar, the CEO of the Debtor and/or Chris Adamietz, the Controller of the Debtor.

**WHEREFORE**, Debtor prays for an order of the court as follows:

1. Authorizing the Debtor to enter into the post-petition Debtor-in-Possession secured lending and to grant to D&J Printing, Inc. d/b/a Hess Print Solutions the super priority liens and security interests described in this Amended Motion; and

2. For such other and further relief as the court may deem just and equitable.

**STEVEN B. NOSEK, P.A.**

Dated: November 25, 2019.     /e/ Steven B. Nosek
Steven B. Nosek, #79960
Yvonne R. Doose, #397066
2855 Anthony Lane South, Suite 201
St. Anthony, MN 55418
(612) 335-9171
snosek@noseklawfirm.com
ydoose@noseklawfirm.com
**ATTORNEY FOR DEBTOR**

3.

## VERIFICATION

I, Craig Bednar, CEO of the Debtor named in the foregoing pleading, declare under penalty of perjury that the foregoing pleading is true and correct according to the best of my knowledge, information and belief.

TIGER OAK MEDIA, INCORPORATED

Dated: 11-25, 2019.

_____
Craig Bednar, CEO

| 2019 Production Budget | October | November | December | Total |
|---|---|---|---|---|
| **EXHIBIT A** | | | | |
| **Seattle Magazine (Hess)** | 108 | 108 | 236 | |
| Print & Ship | $46,116 | $33,000 | $73,600 | $216,249 |
| Postage | $9,000 | $9,000 | $12,000 | $46,602 |
| Total Seattle Magazine (Hess) | $55,116 | $42,000 | $85,600 | $262,851 |
| **Seattle Business (Hess)** | | | | |
| Print & Ship | $10,197 | $11,765 | $11,965 | $54,837 |
| Postage | $4,000 | $4,000 | $4,000 | $19,959 |
| Total Seattle Business (Hess) | $14,197 | $15,765 | $15,965 | $74,796 |
| **California Real Weddings (Hess)** | | | | |
| Print & Ship | | $18,370 | | $18,370 |
| Postage | | $575 | | $575 |
| Total California Real Weddings (Hess) | $0 | $18,945 | | $18,945 |
| **Seattle Real Weddings (Hess)** | | | | |
| Print & Ship | | $22,000 | | $22,000 |
| Postage | | $0 | | $0 |
| Total Seattle Real Weddings (Hess) | $0 | $22,000 | $0 | $22,000 |
| **California Wedding Day (Hess)** | | | | |
| Print & Ship | | | $38,000 | $38,000 |
| Postage | | | $500 | $500 |
| Total California Wedding Day (Hess) | $0 | $0 | $38,500 | $38,500 |
| **Minnesote Bride (Hess)** | | | | |
| Print & Ship | | | $29,500 | $29,500 |
| Postage | | | $1,400 | $1,400 |
| Total Minnesote Bride (Hess) | | | $30,900 | $30,900 |
| **Nebraska Wedding Day (Hess)** | | | | |
| Print & Ship | | | $43,500 | $43,500 |
| Postage | | | $0 | $0 |
| Total Nebraska Wedding Day (Hess) | | | $43,500 | $43,500 |
| **Oregon Bride  (moved to 3/20) (Hess)** | | | | |
| Print & Ship | | | | $0 |
| Postage | | | | $0 |
| Total | $0 | $0 | $0 | $0 |
| **Seattle Bride (moved to 3/20) (Hess)** | | | | |
| Print & Ship | | | | $0 |
| Postage | | | | $0 |
| Total | $0 | $0 | $0 | $0 |
| **Wisconsin Bride  (moved to 3/20) (Hess)** | | | | |
| Print & Ship | | | | $0 |
| Postage | | | | $0 |
| Total | | | | $0 |
| **CLM Homes Book (Quad)** | | | | |
| Print & Ship | | | | $20,443 |
| Postage | | | | $6,000 |
| Total CLM Homes Book (Quad) | | | | $26,443 |
| **City South (Quad)** | | | | |
| Print & Ship | $6,690 | | $6,890 | $20,270 |
| Postage | $2,500 | | $2,500 | $7,500 |
| Total City South (Quad) | $9,190 | | $9,390 | $27,770 |

| 2019 Production Budget | October | November | December | Total |
|---|---|---|---|---|
| **EXHIBIT A** | | | | |
| **Edina (Quad)** | | | | |
| Print & Ship | $10,570 | $11,770 | $10,570 | $53,650 |
| Postage | $2,900 | $2,900 | $2,900 | $14,500 |
| Total Edina (Quad) | $13,470 | $14,670 | $13,470 | $68,150 |
| **Lake Minnetonka (Quad)** | | | | |
| Print & Ship | $11,400 | $11,900 | $11,400 | $57,100 |
| Postage | $4,200 | $4,200 | $4,200 | $21,000 |
| Total Lake Minnetonka (Quad) | $15,600 | $16,100 | $15,600 | $78,100 |
| **Maple Grove (Quad)** | | | | |
| Print & Ship | $9,070 | $9,070 | | $35,880 |
| Postage | $2,400 | $2,400 | | $9,600 |
| Total Maple Grove (Quad) | $11,470 | $11,470 | | $45,480 |
| **Plymouth (Quad)** | | | | |
| Print & Ship | $7,340 | | $7,340 | $21,820 |
| Postage | $2,100 | | $2,100 | $6,300 |
| Total Plymouth (Quad) | $9,440 | | $9,440 | $28,120 |
| **St. Croix Valley (Quad)** | | | | |
| Print & Ship | $5,920 | | $5,920 | $17,560 |
| Postage | $2,400 | | $2,400 | $7,200 |
| Total St. Croix Valley (Quad) | $8,320 | | $8,320 | $24,760 |
| **Southwest Metro (Quad)** | | | | |
| Print & Ship | $7,010 | | $7,010 | $20,830 |
| Postage | $2,300 | | $2,300 | $6,900 |
| Total Southwest Metro (Quad) | $9,310 | | $9,310 | $27,730 |
| **White Bear Lake (Quad)** | | | | |
| Print & Ship | $6,340 | | $6,340 | $19,020 |
| Postage | $2,000 | | $2,000 | $6,000 |
| Total White Bear Lake (Quad) | $8,340 | | $8,340 | $25,020 |
| **Woodbury (Quad)** | | | | |
| Print & Ship | $9,670 | $9,670 | $9,670 | $48,150 |
| Postage | $2,400 | $2,400 | $2,400 | $12,000 |
| Total Woodbury (Quad) | $12,070 | $12,070 | $12,070 | $60,150 |
| **California M+E (Royal)** | Fall19 | | | |
| Print & Ship | $11,800 | | | $11,800 |
| Postage | $6,300 | | | $6,300 |
| Total California M+E (Royal) | $18,100 | | | $18,100 |
| **Colorado M+E (Royal)** | | | Win20 | |
| Print & Ship | $10,900 | | $11,400 | $22,300 |
| Postage | $6,200 | | $6,200 | $12,400 |
| Total Colorado M+E (Royal) | $17,100 | | $17,600 | $34,700 |
| **Illinois M+E (Royal)** | | Win 20 | | |
| Print & Ship | | $9,800 | | $19,600 |
| Postage | | $6,200 | | $12,400 |
| Total Illinois M+E (Royal) | | $16,000 | | $32,000 |
| **Michigan M+E (Royal)** | | | | |
| Print & Ship | | $10,000 | | $20,000 |
| Postage | | $6,200 | | $12,400 |
| Total Michigan M+E (Royal) | | $16,200 | | $32,400 |

| 2019 Production Budget | October | November | December | Total |
|---|---|---|---|---|
| | | **EXHIBIT A** | | |
| **Minnesota M+E (Royal)** | | Win 20 | | |
| Print & Ship | | $11,200 | | $22,400 |
| Postage | | $5,100 | | $10,200 |
| Total Minnesota M+E (Royal) | | $16,300 | | $32,600 |
| **Mountain M+E (Royal)** | | | | |
| Print & Ship | | | | $13,000 |
| Postage | | | | $0 |
| Total Mountain M+E (Royal) | | | | $13,000 |
| **Northeast M+E (Royal)** | Fall 19 | | | |
| Print & Ship | $10,000 | | $10,000 | $20,000 |
| Postage | $7,100 | | $7,100 | $14,200 |
| Total Northeast M+E (Royal) | $17,100 | | $17,100 | $34,200 |
| **Northwest M+E (Royal)** | | | | |
| Print & Ship | | | $11,100 | $22,200 |
| Postage | | | $6,200 | $12,400 |
| Total Northwest M+E (Royal) | | | $17,300 | $34,600 |
| **Texas M+E (Royal)** | | | | |
| Print & Ship | | | $12,300 | $24,600 |
| Postage | | | $8,000 | $16,000 |
| Total Texas M+E (Royal) | | | $20,300 | $40,600 |
| **Aurora CVB Guide** | | | | |
| Print & Ship | | | | $0 |
| Postage | | | | $0 |
| Total | | | | $0 |
| **Beaumont Visitors Guide (Hess)** | | | | |
| Print & Ship | | | | $63,500 |
| Postage | | | | $0 |
| Total Beaumont Visitors Guide (Hess) | | | | $63,500 |
| **Blue Water, Michigan** | | | | |
| Print & Ship | | | | $0 |
| Postage | | | | $0 |
| Total | | | | $0 |
| **Explore Southern MN (Quad)** | | | | |
| Print & Ship | | | $32,000 | $32,000 |
| Postage | | | $5,000 | $5,000 |
| Total Explore Southern MN (Quad) | | | $37,000 | $37,000 |
| **Frisco 19 (Hess)** | | | | |
| Print & Ship | | $25,500 | | $25,500 |
| Postage | | | | $0 |
| Total Frisco 19 (Hess) | | $25,500 | | $25,500 |
| **Grapevine Visitors Guide** | | | | |
| Print & Ship | $91,100 | | | $91,100 |
| Postage | | | | $0 |
| Total Grapevine Visitors Guide | $91,100 | | | $91,100 |
| **Indiana CVB** | | | | |
| Print & Ship | | $7,400 | | $7,400 |
| Postage | | | | $0 |
| Total Indiana CVB | | $7,400 | | $7,400 |
| **Lubbock Visitors Guide** | | | | |
| Print & Ship | | | | $0 |
| Postage | | | | $0 |

| 2019 Production Budget | October | November | December | Total |
|---|---|---|---|---|
| EXHIBIT A | | | | |
| Total | | | | $0 |
| **Michigan CVB** | | | | |
| **Print & Ship** | | | | $0 |
| **Postage** | | | | $0 |
| Total | | | | $0 |
| **Texas CVB Guide (Royal)** | | | | |
| **Print & Ship** | | | | $20,679 |
| **Postage** | | | | $8,500 |
| Total Texas CVB Guide (Royal) | | | | $29,179 |
| **TOTAL HESS:** | | | | **$341,809** |

| 2020 Production Budget 11/13/2019 | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Seattle Magazine** | 120 pages | 100 | 116 | 140 | 124 | 100 | 100 | 100 | 148 | 108 | 108 | 236 | |
| Print & Ship | $42,300 | $38,000 | $39,000 | $46,000 | $43,000 | $38,000 | $38,000 | $38,000 | $47,000 | $39,000 | $39,000 | $73,000 | $520,300 |
| Postage | $10,500 | $10,000 | $10,500 | $11,000 | $10,500 | $10,000 | $10,000 | $10,000 | $11,000 | $10,000 | $10,000 | $15,000 | $128,500 |
| Total | $52,800 | $48,000 | $49,500 | $57,000 | $53,500 | $48,000 | $48,000 | $48,000 | $58,000 | $49,000 | $49,000 | $88,000 | $648,800 |
| **Seattle Business** | 52 pp | 60 pp | 60 pp | 52 pp | 60 pp | 52 pp | 52 pp | 52 pp | 60 pp | 60 pp | 52 pp | J/F combo | |
| Print & Ship | $11,000 | $12,000 | $12,000 | $11,000 | $12,000 | $11,000 | $11,000 | $11,000 | $12,000 | $12,000 | $11,000 | | $126,000 |
| Postage | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | | $49,500 |
| Total | $15,500 | $16,500 | $16,500 | $15,500 | $16,500 | $15,500 | $15,500 | $15,500 | $16,500 | $16,500 | $15,500 | | $175,500 |
| **CLMs** | | | | | | | | | | | | | |
| Print & Ship | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $660,000 |
| Postage | $20,000 | $20,000 | $28,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $248,000 |
| Total | $75,000 | $75,000 | $83,000 | $75,000 | $75,000 | $75,000 | $75,000 | $75,000 | $75,000 | $75,000 | $75,000 | $75,000 | $908,000 |
| **Home & Garden Book (CLM)** | | | | | Spring | | | | Fall | | | | |
| Print & Ship | | | | | $27,000 | | | | $27,000 | | | | $54,000 |
| Postage | | | | | $7,000 | | | | $7,000 | | | | $14,000 |
| Total | | | | | $34,000 | | | | $34,000 | | | | $68,000 |
| **Meetings + Events** | IL, MN, NE, TX | CO, NW, MI, CA | MT, IL, MI, CO, MN | NE, TX, NW, CA | IL, MI, CO, MN | NE, TX, NW, CA | | MT, IL, MI, CO, MN | NE, TX, NW, CA | | IL, MI, CO, MN | NE, TX, NW, CA | |
| Print & Ship | $41,000 | $47,000 | $60,000 | $44,000 | $44,000 | $44,000 | | $60,000 | $44,000 | | $44,000 | $44,000 | $384,000 |
| Postage | $26,000 | $31,000 | $28,000 | $30,000 | $28,000 | $30,000 | | $28,000 | $30,000 | | $44,000 | $30,000 | $319,000 |
| Total | $67,000 | $78,000 | $88,000 | $74,000 | $72,000 | $74,000 | | $88,000 | $74,000 | | $28,000 | $30,000 | $673,000 |
| | Winter 2020 Issues | | Spring 2020 | | | Summer 2020 | | Fall/Winter 2020 Issues | | | Fall 2020 | | Winter 2021 | | Spr/Sum 2021 |
| **Brides** | SBI, NWD, MNB | Spr/Sum 2020 Issues | ORB, SEB, WIB | | | CWD, NWD, MNB | | | ORB, SEB, WIB | | | CRW, SBI, CWD | |
| Print & Ship | $101,000 | | $66,000 | | | $81,000 | | | $66,000 | | | $84,000 | $398,000 |
| Postage | $3,000 | | $2,000 | | | $3,000 | | | $2,000 | | | $2,000 | $12,000 |
| Total | $104,000 | | $68,000 | | | $84,000 | | | $68,000 | | | $86,000 | $326,000 |
| **Custom Publications** | Aurora | Explore SoMN | Lubbock | | MI CVB | Grapevine | | TX CVB | Beaumont | | Frisco | | |
| Print & Ship | $34,000 | $42,000 | $33,000 | | $16,000 | $110,000 | | $40,000 | $67,500 | | $15,000 | | $357,500 |
| Postage | $0 | $8,000 | $0 | | $0 | $0 | | $0 | $0 | | $0 | | $8,000 |
| Total | $34,000 | $50,000 | $33,000 | | $16,000 | $110,000 | | $40,000 | $67,500 | | $15,000 | | $365,500 |
| **GRAND TOTAL** | | | | | | | | | | | | | $3,164,800 |

NOTE: CA Real Weddings, CWD SS20 and NWD SS20 should be billed in Dec 2019

EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In Re:                                                                             **BKY No.: 19-43029**

                                                                                             **Chapter 11 Case**

**Tiger Oak Media, Incorporated,
Debtor.**

___

**CERTIFICATE OF SERVICE**
___

I hereby certify that on November 25, 2019, I caused a copy of **Notice of Final Hearing and AMENDED Motion for Approval of Post-Petition Debtor-In-Possession Secured Credit; Verification; Exhibits; and Proposed Order** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    US Trustee: ustpregion12.mn.ecf@usdoj.gov, ecfbkup@comcast.net
    Sarah J. Wencil:  Sarah.J.Wencil@usdoj.gov
    Christopher A. Camardello: chris@mantylaw.com, krisann@mantylaw.com;
                                            janet@mantylaw.com; kevin@mantylaw.com
    Jeffrey D. Klobucar:  jklobucar@bassford.com, pcarter@bassford.com
    Patrick D. Newman:  pnewman@bassford.com, pcarter@bassford.com
    Steven H. Silton:  ssilton@cozen.com, akulbeik@cozen.com, ldhanesri@cozen.com,
                              jnesset@cozen.com

I further certify that I caused a copy of the **Notice of Final Hearing and AMENDED Motion for Approval of Post-Petition Debtor-In-Possession Secured Credit; Verification; Exhibits; and Proposed Order** to be mailed by US Mail and faxed and/or emailed to the following:

| | | |
|---|---|---|
| Tiger Oak Media, Incorporated<br>Craig Bednar<br>900 South 3rd Street<br>Minneapolis, MN 55415-1209<br>rcbednar@tigeroak.com | Internal Revenue Service<br>Centralized Insolvency Office<br>PO Box 7346<br>Philadelphia PA 19101-7346<br>**Fax:  1-855-235-6787** | MN Dept of Revenue<br>551 Bankruptcy Sections<br>PO Box 64447<br>St. Paul MN 55164<br>Mdor.bkysec@state.mn.us |
| IRS District Director<br>Room 320 Stop 5700<br>30 7th Street E #1222<br>St. Paul MN 55101<br>**No Fax or Email** | Quad<br>Juan R. Mostek<br>N61 W23044 Harry's Way<br>Sussex WI 53089<br>jrmpstek@quad.com | The Law Offices of Alex W. Craigie<br>Alex W. Craigie<br>791 Via Manana<br>Santa Barbara CA 93108<br>alex@craigielawfirm.com |
| Buehler, Beth - Inc<br>Buehler Communications Inc.<br>897 Zeligman St, Unit A<br>Crested Butte CO 81224<br>Bethbuehler4@gmail.com | Northwest Harvest<br>James D. Gibbs<br>PO Box 12272<br>Seattle WA 98102<br>jamesg@northwestharvest.org | LSC Communications US LLC<br>Dan Pevonka<br>4101 Winfield Road<br>Warrenville IL 60555<br>Dan.Pevonka@LSCCom.com |
| Monique Kleinhuizen<br>15840 Jeffrey Avenue N<br>Hugo MN 55038<br>mkleinhuizek@gmail.com | Kevin Besikof<br>Lurie, LLP<br>2501 Wayzata Blvd<br>Minneapolis MN 55405<br>kbesikof@luriellp.com | Choice Financial<br>Attn:  Jeff Elden<br>4501 23rd Avenue South<br>Fargo ND 58104<br>j.elden@bankwithchoice.com |

| | | |
|---|---|---|
| US Attorney<br>300 S 4th Street #600<br>Minneapolis MN 55415<br>**Fax: 612-664-5788** | Carlson Print Group<br>7490 Golden Triangle Drive<br>Eden Prairie MN 55344<br>dblaschko@carlsonprint.com | City Catering Company<br>509 Dexter Ave N<br>Seattle WA 98109<br>contact@citycateringcompany.com |
| Fieldwork Network<br>111 East Wacker Drive<br>Suite 220<br>Chicago IL 60601<br>**contactus@fieldnetwork.com** | GO-Brickman Miken Owner LLC<br>P O Box 31001-2653<br>Pasadena CA 91110-2653<br>**No Fax or Email** | Integrated Consulting Services, LLC<br>Craig Siiro<br>4917 West 93rd Street<br>Bloomington MN 55437<br>Craig.siiro@integrated-consulting.net |
| Washington Dept of Revenue<br>PO Box 47464<br>Olympia WA 98504-74648<br>**No Fax or Email** | Brianna Blazek<br>D&J Printing, Inc.<br>d/b/a Hess Print Solutions<br>3765 Sunnybrook Road<br>Brimfield OH 44240<br>Brianna.Blazek@CJKgroup.com | Embassy Suites<br>Attn: Nicole Andrews<br>255 South King Street<br>Seattle WA 98104<br>**No Fax or Email** |
| RCMA<br>7702 Woodland Drive<br>Suite 120<br>Indianapolis MN 46278<br>**Fax: 317-632-7909** | Savor...McCaw Hall<br>305 Harrison Street<br>Seattle WA 98109<br>Rpassarella@smgworld.com | PSAV<br>c/o Fairmont Olympic Hotel<br>411 University Street<br>Seattle WA 98101<br>**Fax: 206-682-9633** |
| US Postal Service-Generic<br>Attn: Postmaster<br>350 Central Avenue<br>Long Prairie MN 56347<br>**No Fax or Email** | Veritae Group, LLC<br>1650 West End Blvd<br>Suite 100<br>St. Louis Park MN 55416<br>smainquist@veritae.com | |

Dated this 25th day of November, 2019.       **STEVEN B. NOSEK, P.A.**
/e/ Steven B. Nosek
Steven B. Nosek, #79960
Yvonne R. Doose, #0397066
2855 Anthony Lane South, Suite 201
St. Anthony, MN 55418
(612) 335-9171
snosek@noseklawfirm.com
ydoose@noseklawfirm.com
ATTORNEYS FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                          **BKY No.: 19-43029**

**Chapter 11 Case**

**Tiger Oak Media, Incorporated,**

**Debtor.**

_____

## ORDER APPROVING POST-PETITION SECURED CREDIT

The Debtor's Amended Motion for Approval of Post-Petition Secured Credit (the "Motion") came on for final hearing on Thursday, December 5, 2019 at 1:30 p.m. Appearances of counsel were as noted on the record. The Court having determined that the notice given for the Amended Motion was adequate under the circumstances and the Debtor and D&J Printing, Inc. d/b/a Hess Print Solutions ("Hess") having agreed that this Order may be entered;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The secured credit is hereby approved and the Debtor is authorized to schedule print production for its numerous publications pursuant to the agreement between it and Hess.

2. The Debtor is hereby authorized and directed to enter into and perform all of their obligations under the secured credit transaction, the provisions of the secured credit transaction are hereby approved and incorporated herein by reference and made a part of this Order, and to enter into and execute any other document deemed necessary or appropriate by Hess to give effect to the terms and provisions of this Order and the secured credit transaction. The Debtor's assets excluded from the lien granted by the Debtor to Hess are the Debtor's Chapter 5 causes of action.

3.     Upon execution and delivery to Hess, the secured credit shall constitute the legal, valid and binding obligation of the Debtor, enforceable against the Debtor in accordance with its terms and this Order.

4.     All advances and extensions of credit and any other indebtedness which from time to time hereafter is owing by the Debtor to the Hess shall at all times be junior to all liens and security interests held by Choice Financial Group d/b/a Choice Bank in all of the Debtor's assets.

5.     Pursuant to §364(c)(1) of the Bankruptcy Code, all of the advances and extensions of credit and any other indebtedness which from time to time hereafter is owing by the Debtor to Hess shall constitute allowed super-priority administrative expense claims against the Debtor (without the need to file any proof of claim) with priority over any and all claims against the Debtor, now existing or hereafter arising.

6.     Nothing herein shall obligate Hess to perform any services or otherwise extend credit to the Debtor and any such services or extensions of credit shall be performed or made solely in Hess's discretion.

7.     To the extent permitted by applicable law, the provisions of this Order and any actions taken pursuant hereto shall survive entry of any order which may be entered (a) converting any Debtor's Chapter 11 case to a Chapter 7 case, (b) confirming or consummating any plan(s) of reorganization of the Debtor or (c) dismissing any Debtor's Chapter 11 case or any subsequent Chapter 7 case pursuant to §§§303, 305 or 1112 of the Bankruptcy Code, and the terms and provisions of this Order as well as the priorities granted pursuant to this Order and the secured credit shall continue in this or any superseding case under the Bankruptcy Code.

8. Except as otherwise stated herein, the provisions of this Order shall be binding upon all persons and shall inure to the benefit of Hess, the Debtor and their respective successors and assigns.

9. Entry of this Order is without prejudice to any other rights that Hess or the Debtor may have, at law or in equity, including, but not limited to, the right to seek further, other, or different relief under the Bankruptcy Code.

10. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

11. This Order is effective immediately upon its entry.

Dated:

Michael E. Ridgway
United States Bankruptcy Judge