LOCAL FORM 1009-1 (_/18)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

**Tiger Oak Media, Incorporated**                                                     Case No. **19-43029**

Debtor(s).

**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION,**
**LISTS, SCHEDULES AND STATEMENTS**

1. Attached to this form are the following amended documents:

   ☐ Petition
   ☑ Schedule A/B
   ☐ Schedule C
   ☐ Schedule D
   ☐ Schedule E/F
   ☐ Schedule G
   ☐ Schedule H
   ☐ Schedule I
   ☐ Schedule J
   ☐ Schedule J-2
   ☑ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
   ☐ Statement of financial affairs
   ☐ State of intention
   ☐ Statement of current monthly income/means test calculation
   ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

**Schedule A/B**: 3.1 - was $61,390.79 changed to **$85,482.60**. 3.2 was Negative ($197,488.25) changed to **Negative ($288,553.95)**. 3.3 was $480.75 changed to **$86.20**. 5. Total of Part 1. was $62,021.54 changed to **$85,718.80**. 8.1 was $78,377.98 changed to **$42,382.89**. 8.2 was $108,087.84 changed to **$121,662.94**. **Deleted 8.3 and 8.4**. 9. Total of Part 2. was $228,320.64 changed to **$203,315.64**. 11. was $1,011,879.45 changed to **$940,781.42**. 71. - Notes Receivable Lazzari - was $777,355.45 changed to **$737355.45** and Notes Receivable - Employee Theft was $503,684.32 changed to **$222,787.08**. 79. was $1,510,679.95 changed to **$960,127.01**. 80. was $62,021.54 changed to **$85,718.80**. 81. was $228,320.64 changed to **$203,315.64**. 82. was $1,011,879.45 changed to **$940,781.42**. 90. was $1,510,679.95 changed to **$960,127.01**. 91. was $2,991,640.55 changed to **$3,614,559.26**. 92. was $2,991,640.55 changed to **$3,614,559.26**.

**Summary of Assets and Liabilities for Non-Individuals**: 1b. was $3,614,599.26 changed to **$2,991,640.55**. 1c. was $3,614,599.26 changed to **$2,991,640.55**.

12/10/19 8:47AM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Tiger Oak Media, Incorporated** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | **19-43029** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................................................  $  **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................................  $  **2,991,640.55**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................................  $  **2,991,640.55**

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $  **1,181,076.54**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................  $  **188,720.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$  **2,573,665.02**

4. **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                     $  **3,943,461.56**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Tiger Oak Media, Incorporated** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | **19-43029** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|
   | 2. **Cash on hand** | | | **$150.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | **Choice Bank** | **Deposits Account** | **7623** | **$85,482.60** |
   | 3.2. | **Choice Bank**<br>**This Account Had a Negative Balance on the Date of Filing (197,488.25)** | **Operating Account** | **7615** | **$0.00** |
   | 3.3. | **Choice Bank** | **TOP Benefits Account** | **7358** | **$86.20** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    **$85,718.80**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

Debtor **Tiger Oak Media, Incorporated**                                    Case number *(If known)* **19-43029**
Name

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **Security Deposit**                                                                 $14,263.35

   7.2. **Postage Deposit**                                                                  $7,000.00

   7.3. **Undeposited Funds**                                                                $18,006.46

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **Accounts Receivable - Barter**                                                     $42,382.89

   8.2. **Prepaid Trade Expenses**                                                           $121,662.94

9. **Total of Part 2.**                                                                      $203,315.64
   Add lines 7 through 8. Copy the total to line 81.

Part 3:  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:       940,781.42        -           0.00        = ....         $940,781.42
                               face amount                doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                     $940,781.42
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

Part 4:  **Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Part 5:  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

Part 6:  **Farming and fishing-related assets (other than titled motor vehicles and land)**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Tiger Oak Media, Incorporated** | Case number *(If known)* | **19-43029** |
|---|---|---|---|
| | Name | | |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office Furniture, Art & Equipment | $0.00 | | $83.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Property & Equipment - Computer | $0.00 | | $49,358.30 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $49,441.30 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2017 Maserati Ghibli S AWD**<br>VIN: ZAM57RTL9H1247188 | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | Tiger Oak Media, Incorporated | Case number (If known) 19-43029 |
|---|---|---|
| | Name | |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                                     $0.00

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property<br>Leasehold Improvements | $0.00 | | $18,263.20 |
| 65. | Goodwill<br>Goodwill<br>2,947,688.00 Less Accumulated Amortization 2,213,694.82 = 733,993.18 | $2,947,688.00 | | $733,993.18 |

66. **Total of Part 10.**                                                                                                   $752,256.38

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No

| Debtor | **Tiger Oak Media, Incorporated** | Case number *(If known)* **19-43029** |
|---|---|---|
| | Name | |

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    **Notes Receivable Lazzari & Santori Partners, LLC**    **737,339.93** Total face amount  -  **0.00** doubtful or uncollectible amount  =  **$737,339.93**

    **Notes Receivable - Employee Theft**    **222,787.08** Total face amount  -  **0.00** doubtful or uncollectible amount  =  **$222,787.08**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**    **$960,127.01**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | **Tiger Oak Media, Incorporated** | Case number *(If known)* **19-43029** |
|---|---|---|
| | Name | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $85,718.80 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $203,315.64 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $940,781.42 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $49,441.30 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $752,256.38 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $960,127.01 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,991,640.55   + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,991,640.55 |