**DEBTOR:** Tiger Oak Media, Inc

**CASE NUMBER:** 19-43029

**MONTHLY OPERATING REPORT**
CHAPTER 11

Form 2-A
COVER SHEET

For Period Ending    07/31/20

**Accounting Method:** [x] Accrual Basis   [ ] Cash Basis

THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee. A copy of the Report must be filed with the Clerk of Court. 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [x] | [ ] | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| [ ] | [ ] | 2. Balance Sheet (Form 2-C) |
| [ ] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 8/18/    Print Name: Craig Bednar
Signature: RCBednar
Title: President

Rev. 01/01/08

**DEBTOR:** Tiger Oak Media, Inc  **CASE NO:** 19-43029

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 07/01/20 to 07/31/20

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---:|---:|
| 1. Beginning Cash Balance | $ 116,618 (1) | $ (218,339) (1) |
| 2. Cash Receipts | | |
|    Operations | 428,160 | 7,419,670 |
|    Sale of Assets | - | - |
|    Loans/advances | - | - |
|    Other (adjustment) | - | 37,905 |
|    Total Cash Receipts | $ 428,160 | $ 7,457,574 |
| 3. Cash Disbursements | | |
|    Operations | 346,970 | 6,711,612 |
|    Debt Service/Secured loan payment | - | 188,021 |
|    Professional fees/U.S. Trustee fees | 23,728 | 101,421 |
|    Other | 1,485 | 215,487 |
|    Total Cash Disbursements | $ 372,183 | $ 7,216,540 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 55,978 | 241,034 |
| 5 Ending Cash Balance (to Form 2-C) | $ 172,595 (2) | $ 22,695 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | | $ 12,881.32 |
| Depository Account | Choice Bank | 263,544.59 |
| Operating Account | Choice Bank | (38,083.23) |
| TOP Benefits Account | Choice Bank | (1,451.69) |
| DIP Account | Choice Bank | (64,295.96) |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 172,595 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:** Tiger Oak Media, Inc    **CASE NO:** 19-43029

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 07/01/20 to 07/31/20

**CASH RECEIPTS DETAIL**     **Account No:**   All accounts
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       | See attached schedule | $ 428,160 |

**Total Cash Receipts**     $ 428,160  (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page*

Page 2 of 3

Rev. 01/01/08

**TIGER OAK MEDIA, INC.**
**CASH DEPOSITS**
**June-20**

| Type | Date | Num | Name | Memo | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Deposit | 6/5/2020 | | | ACH Deposit | 11187 · Choice Bank- DIP Account | 2,100.00 | | 2,100.00 |
| Deposit | 6/12/2020 | | Paylocity | Deposit | 11187 · Choice Bank- DIP Account | 31.26 | | 31.26 |
| Deposit | 6/15/2020 | | | ACH Deposit | 11187 · Choice Bank- DIP Account | 281.67 | | 281.67 |
| Deposit | 6/15/2020 | | | ACH Deposit | 11187 · Choice Bank- DIP Account | 1,564.67 | | 1,564.67 |
| Deposit | 6/1/2020 | | | Amex Deposit | 11181 · Choice Bank - Depository | 8,138.75 | | 8,138.75 |
| Deposit | 6/1/2020 | | | CC Deposit | 11181 · Choice Bank - Depository | 3,605.98 | | 3,605.98 |
| Deposit | 6/1/2020 | | | Check Deposit | 11181 · Choice Bank - Depository | 14,784.00 | | 14,784.00 |
| Deposit | 6/1/2020 | | | Deposit | 11181 · Choice Bank - Depository | 566.29 | | 566.29 |
| Deposit | 6/1/2020 | | | CC Deposit | 11181 · Choice Bank - Depository | 103.89 | | 103.89 |
| Deposit | 6/1/2020 | | | ACH Deposit | 11181 · Choice Bank - Depository | 900.00 | | 900.00 |
| Deposit | 6/16/2020 | | Paylocity | Deposit | 11187 · Choice Bank- DIP Account | 263.79 | | 263.79 |
| Deposit | 6/24/2020 | | Paylocity | Deposit | 11187 · Choice Bank- DIP Account | 38.23 | | 38.23 |
| Deposit | 6/30/2020 | | | CC Deposit | 11181 · Choice Bank - Depository | 199.94 | | 199.94 |
| Deposit | 6/30/2020 | | | Deposit | 11181 · Choice Bank - Depository | 592.94 | | 592.94 |
| Deposit | 6/8/2020 | | | Amex Deposit | 11181 · Choice Bank - Depository | 681.00 | | 681.00 |
| Deposit | 6/8/2020 | | | CC Deposit | 11181 · Choice Bank - Depository | 1,000.00 | | 1,000.00 |
| Deposit | 6/29/2020 | | | CC Deposit | 11181 · Choice Bank - Depository | 1,020.25 | | 1,020.25 |
| Deposit | 6/29/2020 | | | Amex Deposit | 11181 · Choice Bank - Depository | 26,856.30 | | 26,856.30 |
| Deposit | 6/29/2020 | | | CC Deposit | 11181 · Choice Bank - Depository | 27,310.95 | | 27,310.95 |
| Deposit | 6/5/2020 | | | Check Deposit | 11181 · Choice Bank - Depository | 15,186.75 | | 15,186.75 |
| Deposit | 6/5/2020 | | | CC Deposit | 11181 · Choice Bank - Depository | 8,931.68 | | 8,931.68 |
| Deposit | 6/29/2020 | | | ACH Deposit | 11181 · Choice Bank - Depository | 980.00 | | 980.00 |
| Deposit | 6/29/2020 | | | Check Deposit | 11181 · Choice Bank - Depository | 26,552.09 | | 26,552.09 |
| Deposit | 6/8/2020 | | | Check Deposit | 11181 · Choice Bank - Depository | 21,872.21 | | 21,872.21 |
| Deposit | 6/9/2020 | | | CC Deposit | 11181 · Choice Bank - Depository | 93.00 | | 93.00 |
| Deposit | 6/26/2020 | | | CC Deposit | 11181 · Choice Bank - Depository | 2,951.99 | | 2,951.99 |
| Deposit | 6/26/2020 | | | Amex Deposit | 11181 · Choice Bank - Depository | 66.69 | | 66.69 |
| Deposit | 6/25/2020 | | | CC Deposit | 11181 · Choice Bank - Depository | 2,113.50 | | 2,113.50 |

**TIGER OAK MEDIA, INC.**
**CASH DEPOSITS**
**June-20**

| | | | | | |
|---|---|---|---|---|---|
| Deposit | 6/24/2020 | ACH Deposit | 11181 · Choice Bank - Depository | 720.00 | 720.00 |
| Deposit | 6/24/2020 | CC Deposit | 11181 · Choice Bank - Depository | 1,033.94 | 1,033.94 |
| Deposit | 6/24/2020 | Amex Deposit | 11181 · Choice Bank - Depository | 17.37 | 17.37 |
| Deposit | 6/24/2020 | Check Deposit | 11181 · Choice Bank - Depository | 10,061.68 | 10,061.68 |
| Deposit | 6/10/2020 | ACH Deposit | 11181 · Choice Bank - Depository | 210.00 | 210.00 |
| Deposit | 6/10/2020 | Amex Deposit | 11181 · Choice Bank - Depository | 23.25 | 23.25 |
| Deposit | 6/10/2020 | CC Deposit | 11181 · Choice Bank - Depository | 19.99 | 19.99 |
| Deposit | 6/10/2020 | Check Deposit | 11181 · Choice Bank - Depository | 2,350.00 | 2,350.00 |
| Deposit | 6/23/2020 | CC Deposit | 11181 · Choice Bank - Depository | 79.98 | 79.98 |
| Deposit | 6/11/2020 | Amex Deposit | 11181 · Choice Bank - Depository | 484.65 | 484.65 |
| Deposit | 6/11/2020 | CC Deposit | 11181 · Choice Bank - Depository | 712.00 | 712.00 |
| Deposit | 6/22/2020 | Deposit | 11181 · Choice Bank - Depository | 196.97 | 196.97 |
| Deposit | 6/22/2020 | Check Deposit | 11181 · Choice Bank - Depository | 24,110.88 | 24,110.88 |
| Deposit | 6/11/2020 | ACH Deposit | 11181 · Choice Bank - Depository | 4,000.00 | 4,000.00 |
| Deposit | 6/4/2020 | Amex Deposit | 11181 · Choice Bank - Depository | 30.89 | 30.89 |
| Deposit | 6/22/2020 | CC Deposit | 11181 · Choice Bank - Depository | 2,700.50 | 2,700.50 |
| Deposit | 6/22/2020 | Amex Deposit | 11181 · Choice Bank - Depository | 3,964.95 | 3,964.95 |
| Deposit | 6/22/2020 | CC Deposit | 11181 · Choice Bank - Depository | 12,972.50 | 12,972.50 |
| Deposit | 6/21/2020 | Amex Deposit | 11181 · Choice Bank - Depository | 24,572.18 | 24,572.18 |
| Deposit | 6/2/2020 | Amex Deposit | 11181 · Choice Bank - Depository | 3,151.65 | 3,151.65 |
| Deposit | 6/4/2020 | Check Deposit | 11181 · Choice Bank - Depository | 5,300.00 | 5,300.00 |
| Deposit | 6/2/2020 | Deposit | 11181 · Choice Bank - Depository | 13.01 | 13.01 |
| Deposit | 6/2/2020 | CC Deposit | 11181 · Choice Bank - Depository | 56.00 | 56.00 |
| Deposit | 6/4/2020 | CC Deposit | 11181 · Choice Bank - Depository | 2,349.00 | 2,349.00 |
| Deposit | 6/19/2020 | ACH Deposit | 11181 · Choice Bank - Depository | 1,755.00 | 1,755.00 |
| Deposit | 6/12/2020 | Amex Deposit | 11181 · Choice Bank - Depository | 17.37 | 17.37 |
| Deposit | 6/12/2020 | CC Deposit | 11181 · Choice Bank - Depository | 2,926.26 | 2,926.26 |
| Deposit | 6/12/2020 | Check Deposit | 11181 · Choice Bank - Depository | 6,625.00 | 6,625.00 |
| Deposit | 6/15/2020 | CC Deposit | 11181 · Choice Bank - Depository | 769.99 | 769.99 |

**TIGER OAK MEDIA, INC.**
**CASH DEPOSITS**
**June-20**

| | | | | | | |
|---|---|---|---|---|---|---|
| Deposit | 6/19/2020 | | Check Deposit | 11181 · Choice Bank - Depository | 23,453.33 | 23,453.33 |
| Deposit | 6/19/2020 | | Amex Deposit | 11181 · Choice Bank - Depository | 79.49 | 79.49 |
| Deposit | 6/19/2020 | | CC Deposit | 11181 · Choice Bank - Depository | 63,920.00 | 63,920.00 |
| Deposit | 6/15/2020 | | Amex Deposit | 11181 · Choice Bank - Depository | 4,042.71 | 4,042.71 |
| Deposit | 6/15/2020 | | Check Deposit | 11181 · Choice Bank - Depository | 28,804.71 | 28,804.71 |
| Deposit | 6/18/2020 | | CC Deposit | 11181 · Choice Bank - Depository | 1,474.00 | 1,474.00 |
| Deposit | 6/18/2020 | | Amex Deposit | 11181 · Choice Bank - Depository | 500.71 | 500.71 |
| Deposit | 6/15/2020 | | CC Deposit | 11181 · Choice Bank - Depository | 15,271.60 | 15,271.60 |
| Deposit | 6/15/2020 | | Amex Deposit | 11181 · Choice Bank - Depository | 11.55 | 11.55 |
| Deposit | 6/17/2020 | Groupon | Deposit | 11181 · Choice Bank - Depository | 19.15 | 19.15 |
| Deposit | 6/17/2020 | | CC Deposit | 11181 · Choice Bank - Depository | 24.00 | 24.00 |
| Deposit | 6/17/2020 | | Amex Deposit | 11181 · Choice Bank - Depository | 997.45 | 997.45 |
| Deposit | 6/16/2020 | | Amex Deposit | 11181 · Choice Bank - Depository | 5,716.92 | 5,716.92 |
| Deposit | 6/3/2020 | | Check Deposit | 11181 · Choice Bank - Depository | 10,521.67 | 10,521.67 |
| Deposit | 6/16/2020 | | CC Deposit | 11181 · Choice Bank - Depository | 131.49 | 131.49 |
| Deposit | 6/3/2020 | | CC Deposit | 11181 · Choice Bank - Depository | 1,406.66 | 1,406.66 |
| | | | | | | **436,388.27** |

**DEBTOR:** Tiger Oak Media, Inc  **CASE NO:** 19-43029

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 07/01/20 to 07/31/20

**CASH DISBURSEMENTS DETAIL**  Account No: All Accounts
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
|      |           |       | See attached detail   | $ 430,071 |

Total Cash Disbursements  $ 430,071 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

**TIGER OAK MEDIA, INC.**
**CASH DISBURSEMENTS**
**June-20**

| Type | Date | Num | Name | Memo | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 6/26/2020 | | Mirabel Technologies (Magazine Manager) | | 11161 · PayPal 3880 | | 329.04 | (329.04) |
| Bill Pmt -Check | 6/26/2020 | | Critical Impact Software, Inc | | 11161 · PayPal 3880 | | 2,000.00 | (2,000.00) |
| Bill Pmt -Check | 6/5/2020 | | Mirabel Technologies (Magazine Manager) | | 11161 · PayPal 3880 | | 1,412.00 | (1,412.00) |
| Bill Pmt -Check | 6/5/2020 | | Comcast. | | 11187 · Choice Bank- DIP Account | | 1,000.00 | (1,000.00) |
| Bill Pmt -Check | 6/8/2020 | 101162 | Phelps, Tyler | | 11187 · Choice Bank- DIP Account | | 250.00 | (250.00) |
| Bill Pmt -Check | 6/8/2020 | 101163 | Doherty, Kellie | 2019 Dec#1, CLM | 11187 · Choice Bank- DIP Account | | 250.00 | (250.00) |
| Bill Pmt -Check | 6/8/2020 | 101164 | Henningsen, Trace | Invoice 213 | 11187 · Choice Bank- DIP Account | | 450.00 | (450.00) |
| Bill Pmt -Check | 6/8/2020 | 101165 | Radtke, Eli | | 11187 · Choice Bank- DIP Account | | 175.00 | (175.00) |
| Bill Pmt -Check | 6/8/2020 | 101166 | Page Beauty. | | 11187 · Choice Bank- DIP Account | | 925.00 | (925.00) |
| Bill Pmt -Check | 6/8/2020 | 101167 | Dow, Delainey | California Wedding Day Real Weddings special 2019 | 11187 · Choice Bank- DIP Account | | 1,000.00 | (1,000.00) |
| Bill Pmt -Check | 6/8/2020 | 101168 | Diaz, Ava | CLM Dec #1 | 11187 · Choice Bank- DIP Account | | 250.00 | (250.00) |
| Bill Pmt -Check | 6/8/2020 | 101169 | Theisen, Aaron | SEM March 2020 | 11187 · Choice Bank- DIP Account | | 275.00 | (275.00) |
| Bill Pmt -Check | 6/8/2020 | 101170 | Peters, Jenny | | 11187 · Choice Bank- DIP Account | | 200.00 | (200.00) |
| Bill Pmt -Check | 6/8/2020 | 101171 | TCM Models | | 11187 · Choice Bank- DIP Account | | 180.00 | (180.00) |
| Bill Pmt -Check | 6/9/2020 | 101172 | Franke, Emma | SEB SS2020 | 11187 · Choice Bank- DIP Account | | 850.00 | (850.00) |
| Bill Pmt -Check | 6/9/2020 | 101173 | US Postmaster - M&E | Permit 389 | 11187 · Choice Bank- DIP Account | | 4,241.47 | (4,241.47) |
| Bill Pmt -Check | 6/9/2020 | 101174 | Hess Print Solutions-new | | 11187 · Choice Bank- DIP Account | | 8,250.00 | (8,250.00) |
| Bill Pmt -Check | 6/9/2020 | 101175 | Wilhelmina International, Inc | | 11187 · Choice Bank- DIP Account | | 720.00 | (720.00) |
| Bill Pmt -Check | 6/9/2020 | 101176 | Dillon, Morgan | | 11187 · Choice Bank- DIP Account | | 1,600.00 | (1,600.00) |
| Bill Pmt -Check | 6/9/2020 | 101177 | CenterPoint Energy, Inc. | | 11187 · Choice Bank- DIP Account | | 284.35 | (284.35) |
| Bill Pmt -Check | 6/9/2020 | 101178 | Minneapolis Finance - Utility | | 11187 · Choice Bank- DIP Account | | 78.63 | (78.63) |
| Bill Pmt -Check | 6/10/2020 | 101179 | Blue Cross Blue Shield of MN | invoice 200602474583 - Monthly Insurance Premium | 11187 · Choice Bank- DIP Account | | 2,633.64 | (2,633.64) |
| Bill Pmt -Check | 6/4/2020 | 101161 | Bayport Printing House, Inc. | Otten Bros $20 off labels | 11187 · Choice Bank- DIP Account | | 2,122.00 | (2,122.00) |
| Bill Pmt -Check | 6/4/2020 | 101160 | Simpli.fi Holdings | | 11187 · Choice Bank- DIP Account | | 1,609.63 | (1,609.63) |
| Bill Pmt -Check | 6/4/2020 | 22716740 | Simpli.fi Holdings | VOID: | 11187 · Choice Bank- DIP Account | - | | - |
| Bill Pmt -Check | 6/11/2020 | 101180 | Walsworth Publishing Co | | 11187 · Choice Bank- DIP Account | | 11,412.69 | (11,412.69) |
| Bill Pmt -Check | 6/11/2020 | 101181 | Lurie LLP. | | 11187 · Choice Bank- DIP Account | | 861.00 | (861.00) |
| Bill Pmt -Check | 6/11/2020 | 101182 | Dillon, Morgan | SEB-2020-Spring | 11187 · Choice Bank- DIP Account | | 600.00 | (600.00) |
| Bill Pmt -Check | 6/11/2020 | 101183 | Sawyer, Adam | | 11187 · Choice Bank- DIP Account | | 450.00 | (450.00) |
| Bill Pmt -Check | 6/11/2020 | 101184 | Sonja Babich - EE | Shipping CWD magazines for Thea to clients | 11187 · Choice Bank- DIP Account | | 356.26 | (356.26) |
| Bill Pmt -Check | 6/11/2020 | 101185 | Phelps, Tyler | | 11187 · Choice Bank- DIP Account | | 250.00 | (250.00) |
| Bill Pmt -Check | 6/11/2020 | 101186 | Walsworth Publishing Co | | 11187 · Choice Bank- DIP Account | | 11,412.69 | (11,412.69) |
| Bill Pmt -Check | 6/2/2020 | 101159 | Istockphoto | 6140 | 11187 · Choice Bank- DIP Account | | 708.34 | (708.34) |
| Bill Pmt -Check | 6/2/2020 | 101158 | U.S. Trustees | VOID: Craig made payment online instead | 11187 · Choice Bank- DIP Account | - | | - |
| Bill Pmt -Check | 6/2/2020 | 101157 | Diggins, Arthur | | 11187 · Choice Bank- DIP Account | | 160.00 | (160.00) |
| Bill Pmt -Check | 6/2/2020 | 101156 | Tuma, Kate | | 11187 · Choice Bank- DIP Account | | 1,200.00 | (1,200.00) |
| Bill Pmt -Check | 6/2/2020 | 101155 | Modern Heating & Air Conditioning Inc | | 11187 · Choice Bank- DIP Account | | 1,086.86 | (1,086.86) |
| Bill Pmt -Check | 6/19/2020 | 101193 | Bassford Remele, P.A. | | 11187 · Choice Bank- DIP Account | | 5,000.00 | (5,000.00) |
| Bill Pmt -Check | 6/19/2020 | | U.S. Trustees | Tiger Oak Media Quarterly Fees | 11187 · Choice Bank- DIP Account | | 5,000.00 | (5,000.00) |
| Bill Pmt -Check | 6/19/2020 | 101194 | Bednar, R Craig - EE | expenses Seattle | 11187 · Choice Bank- DIP Account | | 669.88 | (669.88) |
| Bill Pmt -Check | 6/19/2020 | | Federal Express (Fedex) | FEDERAL EXPRESS/DEBIT | 11187 · Choice Bank- DIP Account | | 43.01 | (43.01) |

| Type | Date | Num | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| Bill Pmt -Check | 6/22/2020 | 101195 | Viktor's Services | Building Cleaning | 11187 · Choice Bank- DIP Account | 1,647.00 | (1,647.00) |
| Bill Pmt -Check | 6/22/2020 | 101196 | Walsworth Publishing Co | | 11187 · Choice Bank- DIP Account | 11,412.68 | (11,412.68) |
| Bill Pmt -Check | 6/22/2020 | 101197 | Lynn David Events LLC | VOID: Check returned damaged in mail | 11187 · Choice Bank- DIP Account | - | - |
| Bill Pmt -Check | 6/22/2020 | 101198 | Zone 4 Digital | | 11187 · Choice Bank- DIP Account | 1,435.00 | (1,435.00) |
| Bill Pmt -Check | 6/22/2020 | 101199 | Employment Development Department | 081-6532-6 | 11187 · Choice Bank- DIP Account | 9,165.95 | (9,165.95) |
| Bill Pmt -Check | 6/22/2020 | 101200 | Steven B Nosek, P.A. | | 11187 · Choice Bank- DIP Account | 5,000.00 | (5,000.00) |
| Bill Pmt -Check | 6/24/2020 | | U.S. Trustees | Tiger Oak Media Quarterly Fees | 11187 · Choice Bank- DIP Account | 10,000.00 | (10,000.00) |
| Bill Pmt -Check | 6/24/2020 | 101207 | Big Red Storage | | 11187 · Choice Bank- DIP Account | 380.00 | (380.00) |
| Bill Pmt -Check | 6/1/2020 | | Rackspace | RACKSPACE US INC/BATCH PMTS 030-38561060554 Tiger Oak Media Inc. | 11187 · Choice Bank- DIP Account | 1,601.97 | (1,601.97) |
| Bill Pmt -Check | 6/24/2020 | 101208 | Walters Recycling & Refuse | | 11187 · Choice Bank- DIP Account | 354.08 | (354.08) |
| Bill Pmt -Check | 6/30/2020 | 101224 | Hess Print Solutions-new | VOID: this is a prepay and needed to be entered properly | 11187 · Choice Bank- DIP Account | - | - |
| Bill Pmt -Check | 6/30/2020 | 101223 | Isay Susan EE | | 11187 · Choice Bank- DIP Account | 3,435.50 | (3,435.50) |
| Bill Pmt -Check | 6/30/2020 | 101222 | SLV Technologies | Seattle May 2020 | 11187 · Choice Bank- DIP Account | 1,750.00 | (1,750.00) |
| Bill Pmt -Check | 6/30/2020 | 101221 | Oregon Depart of Revenue | GenTax media | 11187 · Choice Bank- DIP Account | 185.24 | (185.24) |
| Bill Pmt -Check | 6/24/2020 | 101209 | Nexvortex | | 11187 · Choice Bank- DIP Account | 713.00 | (713.00) |
| Bill Pmt -Check | 6/29/2020 | 101220 | Miller, Ryan - EE | 20200625-Exp | 11187 · Choice Bank- DIP Account | 782.80 | (782.80) |
| Bill Pmt -Check | 6/29/2020 | 101219 | Beise, Brooke - EE | | 11187 · Choice Bank- DIP Account | 395.00 | (395.00) |
| Bill Pmt -Check | 6/29/2020 | 101217 | Franklin, Ericka | WIB SS2020 - Newleyweds | 11187 · Choice Bank- DIP Account | 650.00 | (650.00) |
| Bill Pmt -Check | 6/29/2020 | 101216 | Dillon, Morgan | SEB-2020-Spring | 11187 · Choice Bank- DIP Account | 700.00 | (700.00) |
| Bill Pmt -Check | 6/29/2020 | 101215 | Lynn David Events LLC | | 11187 · Choice Bank- DIP Account | 4,760.46 | (4,760.46) |
| Bill Pmt -Check | 6/24/2020 | 101210 | Radtke, Eli | | 11187 · Choice Bank- DIP Account | 175.00 | (175.00) |
| Bill Pmt -Check | 6/24/2020 | 101211 | Dow, Delainey | California Wedding Day Real Weddings special 2019 | 11187 · Choice Bank- DIP Account | 500.00 | (500.00) |
| Bill Pmt -Check | 6/24/2020 | 101214 | Kleinhuizen, Monique Elaine | WOD January 2020 | 11187 · Choice Bank- DIP Account | 175.00 | (175.00) |
| Bill Pmt -Check | 6/24/2020 | 101213 | Diaz, Ava | CLM Dec #2 | 11187 · Choice Bank- DIP Account | 250.00 | (250.00) |
| Bill Pmt -Check | 6/24/2020 | 101212 | Kopiecki, Madeline | LKM NOV 2019 | 11187 · Choice Bank- DIP Account | 100.00 | (100.00) |
| Check | 6/22/2020 | | PayPal | | 11161 · PayPal 3880 | 3,000.00 | 3,000.00 |
| Check | 6/5/2020 | | Paylocity | 34598 TIGER OAK/FIX | 11187 · Choice Bank- DIP Account | 38.23 | (38.23) |
| Check | 6/5/2020 | | The Hartford | | 11187 · Choice Bank- DIP Account | 170.41 | (170.41) |
| Check | 6/29/2020 | | Choice Bank | | 11181 · Choice Bank - Depository | 67,733.60 | (67,733.60) |
| Check | 6/29/2020 | | Choice Bank | | 11181 · Choice Bank - Depository | 10,000.00 | (10,000.00) |
| Check | 6/8/2020 | 10940 | Sonja H Babich | | 11187 · Choice Bank- DIP Account | 738.26 | (738.26) |
| Check | 6/9/2020 | | Volvo Car Financial Services | VCFS CW WALLET/S/BILL PAY | 11187 · Choice Bank- DIP Account | 2,196.60 | (2,196.60) |
| Check | 6/9/2020 | | Paylocity | 34598 TIGER OAK/BILLING | 11187 · Choice Bank- DIP Account | 1,148.95 | (1,148.95) |
| Check | 6/9/2020 | | Paylocity | 34598 TIGER OAK/FIX | 11187 · Choice Bank- DIP Account | 188.15 | (188.15) |
| Check | 6/4/2020 | 10939 | Mike J Munzenrider | | 11187 · Choice Bank- DIP Account | 119.88 | (119.88) |
| Check | 6/24/2020 | | Choice Bank | | 11181 · Choice Bank - Depository | 2,000.00 | (2,000.00) |
| Check | 6/4/2020 | 10938 | Gosch, Megan | | 11187 · Choice Bank- DIP Account | 93.24 | (93.24) |
| Check | 6/22/2020 | | PayPal | | 11181 · Choice Bank - Depository | 3,000.00 | (3,000.00) |
| Check | 6/22/2020 | | Choice Bank | 92cd1c6-9a6b-400b-8bf9-ccde5b | 11181 · Choice Bank - Depository | 2,000.00 | (2,000.00) |
| Check | 6/11/2020 | | Lincoln National Life | LINCOLN NATLIFE/PREMPAYMNT | 11187 · Choice Bank- DIP Account | 1,500.00 | (1,500.00) |
| Check | 6/11/2020 | | Lincoln National Life | LINCOLN NATLIFE/PREMPAYMNT | 11187 · Choice Bank- DIP Account | 1,500.00 | (1,500.00) |
| Check | 6/2/2020 | | Authorize.net | | 11181 · Choice Bank - Depository | 35.75 | (35.75) |
| Check | 6/12/2020 | 101187 | Minnetonka Center for the Arts | Refund for cancelled July Lake Minnetonka Magazine ad | 11187 · Choice Bank- DIP Account | 830.00 | (830.00) |
| Check | 6/12/2020 | | Paylocity | BENE:PAYLOCITY CORPORATION | 11187 · Choice Bank- DIP Account | 17,109.51 | (17,109.51) |
| Check | 6/2/2020 | | First Data Merchant (Bankcard) | | 11181 · Choice Bank - Depository | 1,497.52 | (1,497.52) |
| Check | 6/15/2020 | | Transamerica Retirement Solutions | BENE:TLIC FBO CERTAIN RETIREMENT PLANs | 11187 · Choice Bank- DIP Account | 3,447.03 | (3,447.03) |
| Check | 6/19/2020 | | Choice Bank | | 11181 · Choice Bank - Depository | 2,000.00 | (2,000.00) |
| Check | 6/19/2020 | | Choice Bank | | 11181 · Choice Bank - Depository | 2,000.00 | (2,000.00) |
| Check | 6/15/2020 | | Microsoft. | MICROSOFT 6041/EDI PAYMNT TR | 11187 · Choice Bank- DIP Account | 367.29 | (367.29) |

| Type | Date | Num | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 6/15/2020 | | The Hartford | THE HARTFORD/PACERPYRLCW/C PREMIUM | 11187 · Choice Bank- DIP Account | 1.72 | (1.72) |
| Check | 6/15/2020 | 10941 | Almsted, Hailey M | | 11187 · Choice Bank- DIP Account | 369.73 | (369.73) |
| Check | 6/15/2020 | 10942 | Anderson, Deidra | | 11187 · Choice Bank- DIP Account | 1,277.74 | (1,277.74) |
| Check | 6/15/2020 | 10943 | Sonja H Babich | | 11187 · Choice Bank- DIP Account | 1,196.73 | (1,196.73) |
| Check | 6/15/2020 | 10944 | Bartley, Meg | | 11187 · Choice Bank- DIP Account | 600.00 | (600.00) |
| Check | 6/15/2020 | 10945 | Bednar, Craig R | | 11187 · Choice Bank- DIP Account | 8,203.06 | (8,203.06) |
| Check | 6/15/2020 | 10946 | Beise, Brooke | | 11187 · Choice Bank- DIP Account | 2,249.74 | (2,249.74) |
| Check | 6/15/2020 | 10947 | Beissel, Angela M | | 11187 · Choice Bank- DIP Account | 1,306.96 | (1,306.96) |
| Check | 6/15/2020 | 10948 | Bettin, Anthony D | | 11187 · Choice Bank- DIP Account | 442.81 | (442.81) |
| Check | 6/15/2020 | 10949 | Burger, Laurie | | 11187 · Choice Bank- DIP Account | 3,830.00 | (3,830.00) |
| Check | 6/15/2020 | 10950 | Olivia K Curti | | 11187 · Choice Bank- DIP Account | 54.17 | (54.17) |
| Check | 6/15/2020 | 10951 | Sarah Dovolos | | 11187 · Choice Bank- DIP Account | 504.66 | (504.66) |
| Check | 6/15/2020 | 10952 | Dye, Brittni | | 11187 · Choice Bank- DIP Account | 1,396.27 | (1,396.27) |
| Check | 6/15/2020 | 10953 | Diana S Falcone | | 11187 · Choice Bank- DIP Account | 770.20 | (770.20) |
| Check | 6/15/2020 | 10954 | Kathleen Freemark | | 11187 · Choice Bank- DIP Account | 3,611.33 | (3,611.33) |
| Check | 6/15/2020 | 10955 | Gosch, Megan | | 11187 · Choice Bank- DIP Account | 49.57 | (49.57) |
| Check | 6/15/2020 | 10956 | Cynthia Hamre | | 11187 · Choice Bank- DIP Account | 3,088.90 | (3,088.90) |
| Check | 6/15/2020 | 10957 | Handy-Murphey, Emily | | 11187 · Choice Bank- DIP Account | 586.13 | (586.13) |
| Check | 6/15/2020 | 10958 | Hildebrandt, Sherri | | 11187 · Choice Bank- DIP Account | 875.00 | (875.00) |
| Check | 6/15/2020 | 10959 | Isay, Susan | | 11187 · Choice Bank- DIP Account | 3,587.14 | (3,587.14) |
| Check | 6/15/2020 | 10960 | Johnson, Angela | | 11187 · Choice Bank- DIP Account | 905.40 | (905.40) |
| Check | 6/15/2020 | 10961 | Johnson, Sara. | | 11187 · Choice Bank- DIP Account | 1,907.58 | (1,907.58) |
| Check | 6/15/2020 | | Choice Bank | | 11181 · Choice Bank - Depository | 2,000.00 | (2,000.00) |
| Check | 6/15/2020 | 10962 | Kenney, Teresa | | 11187 · Choice Bank- DIP Account | 733.33 | (733.33) |
| Check | 6/15/2020 | 10963 | Lawson, Jared W | | 11187 · Choice Bank- DIP Account | 1,462.87 | (1,462.87) |
| Check | 6/15/2020 | 10964 | Lee, Lisa N | | 11187 · Choice Bank- DIP Account | 3,434.94 | (3,434.94) |
| Check | 6/15/2020 | 10965 | Lignos Hargrove, Thea M | | 11187 · Choice Bank- DIP Account | 3,106.50 | (3,106.50) |
| Check | 6/15/2020 | 10966 | McCauley, April J | | 11187 · Choice Bank- DIP Account | 1,113.03 | (1,113.03) |
| Check | 6/15/2020 | 10967 | McLaughlin, Janet D | | 11187 · Choice Bank- DIP Account | 857.41 | (857.41) |
| Check | 6/15/2020 | 10968 | Mike J Munzenrider | | 11187 · Choice Bank- DIP Account | 458.72 | (458.72) |
| Check | 6/15/2020 | 10969 | Nielsen, Courtney | | 11187 · Choice Bank- DIP Account | 395.62 | (395.62) |
| Check | 6/15/2020 | 10970 | Pahmeier, Lauren | | 11187 · Choice Bank- DIP Account | 529.86 | (529.86) |
| Check | 6/15/2020 | 10971 | Rogers, Sarah Baumann-EE | | 11187 · Choice Bank- DIP Account | 750.73 | (750.73) |
| Check | 6/15/2020 | 10972 | Stewart-Hester, Renee | | 11187 · Choice Bank- DIP Account | 639.36 | (639.36) |
| Check | 6/15/2020 | 10973 | SLV Technologies | | 11187 · Choice Bank- DIP Account | 2,900.00 | (2,900.00) |
| Check | 6/15/2020 | 10974 | Megan L White | | 11187 · Choice Bank- DIP Account | 595.79 | (595.79) |
| Check | 6/15/2020 | 10975 | Zellmann, Traci M | | 11187 · Choice Bank- DIP Account | 105.30 | (105.30) |
| Check | 6/3/2020 | | Wells Fargo Credit Card | | 11187 · Choice Bank- DIP Account | 1,650.01 | (1,650.01) |
| Check | 6/17/2020 | 10976 | Megan L White | | 11187 · Choice Bank- DIP Account | 595.81 | (595.81) |
| Check | 6/18/2020 | 101188 | Helgeson Platzke Group CBBurnet + Bell Ba | VOID: Refund for Jul/Aug 2020 Southwest Metro ad | 11187 · Choice Bank- DIP Account | - | - |
| Check | 6/18/2020 | 101189 | Helgeson Platzke Group CBBurnet + Bell Ba | VOID: Refund for Sep/Oct 2020 Southwest Metro ad | 11187 · Choice Bank- DIP Account | - | - |
| Check | 6/11/2020 | | Choice Bank | | 11181 · Choice Bank - Depository | 2,000.00 | (2,000.00) |
| Check | 6/18/2020 | 101190 | Helgeson Platzke Group CBBurnet + Bell Ba | VOID: Refund for May/Jun 2020 Southwest Metro ad | 11187 · Choice Bank- DIP Account | - | - |
| Check | 6/18/2020 | 101191 | Helgeson Platzke Group CBBurnet + Bell Ba | VOID: Refund for Nov/Dec 2020 Southwest Metro ad | 11187 · Choice Bank- DIP Account | - | - |
| Check | 6/18/2020 | 101192 | Destination Ann Arbor | Refund for cancelled publication | 11187 · Choice Bank- DIP Account | 3,000.00 | (3,000.00) |
| Check | 6/18/2020 | | Paylocity | | 11187 · Choice Bank- DIP Account | 120.25 | (120.25) |
| Check | 6/18/2020 | | Paylocity | | 11187 · Choice Bank- DIP Account | 630.88 | (630.88) |
| Check | 6/19/2020 | | Microsoft | MICROSOFT 6041/EDI PAYMNT | 11187 · Choice Bank- DIP Account | 1,728.40 | (1,728.40) |
| Check | 6/19/2020 | | Microsoft | MICROSOFT 6041/EDI PAYMNt | 11187 · Choice Bank- DIP Account | 384.00 | (384.00) |
| Check | 6/19/2020 | | Microsoft | MICROSOFT 6041/EDI PAYMNT TRN | 11187 · Choice Bank- DIP Account | 464.00 | (464.00) |

| Type | Date | Num | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| Check | 6/5/2020 | | Plug & Pay | PLUG AND PAY TEC | 11181 · Choice Bank - Depository | 29.40 | (29.40) |
| Check | 6/19/2020 | | The Hartford | THE HARTFORD/PACERPYRLC | 11187 · Choice Bank- DIP Account | 235.86 | (235.86) |
| Check | 6/1/2020 | | Intuit (Quickbooks) | Intuit/QuickBooks 5366197 | 11182 · Choice Bank - Operating | 344.60 | (344.60) |
| Check | 6/1/2020 | | Choice Bank | Account Analysis Service Charge | 11182 · Choice Bank - Operating | 203.65 | (203.65) |
| Check | 6/1/2020 | | Choice Bank | Account Analysis Direct Charge | 11182 · Choice Bank - Operating | 10.00 | (10.00) |
| Check | 6/1/2020 | | Paylocity | | 11182 · Choice Bank - Operating | 120.83 | (120.83) |
| Check | 6/1/2020 | | USPS | USPS1000021600/1763955274 | 11182 · Choice Bank - Operating | 22.21 | (22.21) |
| Check | 6/30/2020 | | Choice Bank | Remote Deposit CAR/LAR Monthly Fee | 11182 · Choice Bank - Operating | 85.00 | (85.00) |
| Check | 6/30/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 2.50 | (2.50) |
| Check | 6/30/2020 | | Paylocity | | 11182 · Choice Bank - Operating | 120.83 | (120.83) |
| Check | 6/29/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 5.14 | (5.14) |
| Check | 6/26/2020 | | USPS | USPs | 11182 · Choice Bank - Operating | 1.88 | (1.88) |
| Check | 6/23/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 6.27 | (6.27) |
| Check | 6/23/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 1.88 | (1.88) |
| Check | 6/22/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 1.93 | (1.93) |
| Check | 6/2/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 5.79 | (5.79) |
| Check | 6/2/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 5.44 | (5.44) |
| Check | 6/19/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 3.59 | (3.59) |
| Check | 6/22/2020 | 101201 | Walsworth Postmaster | VOID: postage estimatesJuly CLM's | 11187 · Choice Bank- DIP Account | - | - |
| Check | 6/18/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 0.64 | (0.64) |
| Check | 6/24/2020 | 101202 | US Postmaster - Hess | Postage Estimate - CA Wedding Day FW2020 - 278414 | 11187 · Choice Bank- DIP Account | 476.21 | (476.21) |
| Check | 6/17/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 4.96 | (4.96) |
| Check | 6/24/2020 | 101203 | Helgeson Platzke Group CBBurnet + Bell Ba | | 11187 · Choice Bank- DIP Account | 786.00 | (786.00) |
| Check | 6/16/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 14.28 | (14.28) |
| Check | 6/16/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 3.22 | (3.22) |
| Check | 6/3/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 16.21 | (16.21) |
| Check | 6/15/2020 | | Paylocity | | 11182 · Choice Bank - Operating | 370.83 | (370.83) |
| Check | 6/24/2020 | 101204 | Helgeson Platzke Group CBBurnet + Bell Ba | | 11187 · Choice Bank- DIP Account | 786.00 | (786.00) |
| Check | 6/12/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 1.93 | (1.93) |
| Check | 6/24/2020 | 101205 | Helgeson Platzke Group CBBurnet + Bell Ba | | 11187 · Choice Bank- DIP Account | 786.00 | (786.00) |
| Check | 6/11/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 1.86 | (1.86) |
| Check | 6/24/2020 | 101206 | Helgeson Platzke Group CBBurnet + Bell Ba | | 11187 · Choice Bank- DIP Account | 786.00 | (786.00) |
| Check | 6/10/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 3.12 | (3.12) |
| Check | 6/24/2020 | | The Hartford | THE HARTFORD/PACERPYRLC 76 WEG ZU8008 W/C PREMIUM | 11187 · Choice Bank- DIP Account | 22.23 | (22.23) |
| Check | 6/9/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 1.93 | (1.93) |
| Check | 6/9/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 16.79 | (16.79) |
| Check | 6/8/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 34.88 | (34.88) |
| Check | 6/8/2020 | | Nationwide | NWPrivateClient/PAYMENTS CBSP0000383755 | 11182 · Choice Bank - Operating | 2,415.51 | (2,415.51) |
| Check | 6/5/2020 | | Choice Bank | Line of Credit Payment 6624 | 11182 · Choice Bank - Operating | 2,000.00 | (2,000.00) |
| Check | 6/5/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 1.73 | (1.73) |
| Check | 6/5/2020 | | USPS | USPS | 11182 · Choice Bank - Operating | 1.29 | (1.29) |
| Check | 6/5/2020 | 19 | Star Choice Credit Union (Star Trib) - np | | 11182 · Choice Bank - Operating | 5,250.00 | (5,250.00) |
| Check | 6/1/2020 | | Choice Bank | Account Analysis Direct Charge | 11187 · Choice Bank- DIP Account | 195.00 | (195.00) |
| Check | 6/1/2020 | | Choice Bank | Account Analysis Service Charge | 11187 · Choice Bank- DIP Account | 77.83 | (77.83) |
| Check | 6/1/2020 | | Transamerica Retirement Solutions | BENE:TLIC FBO CERTAIN RETIREMENT PLANS | 11187 · Choice Bank- DIP Account | 1,816.27 | (1,816.27) |
| Check | 6/30/2020 | 11017 | Dye, Brittni | | 11187 · Choice Bank- DIP Account | 1,338.81 | (1,338.81) |
| Check | 6/30/2020 | 11015 | Brittles, Keely A | | 11187 · Choice Bank- DIP Account | 722.86 | (722.86) |
| Check | 6/30/2020 | 11014 | Zellmann, Traci M | | 11187 · Choice Bank- DIP Account | 911.25 | (911.25) |
| Check | 6/30/2020 | 11013 | Megan L White | | 11187 · Choice Bank- DIP Account | 1,262.78 | (1,262.78) |
| Check | 6/30/2020 | 11012 | SLV Technologies | | 11187 · Choice Bank- DIP Account | 2,900.00 | (2,900.00) |

| Type | Date | Num | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 6/30/2020 | 11011 | Stewart-Hester, Renee | | 11187 · Choice Bank- DIP Account | 763.71 | (763.71) |
| Check | 6/30/2020 | 11010 | Smith, Rob | | 11187 · Choice Bank- DIP Account | 3,125.33 | (3,125.33) |
| Check | 6/30/2020 | 11009 | Rogers, Sarah Baumann-EE | | 11187 · Choice Bank- DIP Account | 750.73 | (750.73) |
| Check | 6/30/2020 | 11008 | Pahmeier, Lauren | | 11187 · Choice Bank- DIP Account | 561.12 | (561.12) |
| Check | 6/30/2020 | 11007 | Mike J Munzenrider | | 11187 · Choice Bank- DIP Account | 275.24 | (275.24) |
| Check | 6/30/2020 | 11006 | McLaughlin, Janet D | | 11187 · Choice Bank- DIP Account | 1,115.99 | (1,115.99) |
| Check | 6/30/2020 | 11005 | McCauley, April J | | 11187 · Choice Bank- DIP Account | 1,113.03 | (1,113.03) |
| Check | 6/30/2020 | 11004 | Kristin Mastantuono | | 11187 · Choice Bank- DIP Account | 457.60 | (457.60) |
| Check | 6/30/2020 | 11003 | Lignos Hargrove, Thea M | | 11187 · Choice Bank- DIP Account | 2,890.50 | (2,890.50) |
| Check | 6/30/2020 | 11002 | Lee, Lisa N | | 11187 · Choice Bank- DIP Account | 1,358.78 | (1,358.78) |
| Check | 6/30/2020 | 11001 | Lawson, Jared W | | 11187 · Choice Bank- DIP Account | 1,462.88 | (1,462.88) |
| Check | 6/30/2020 | 11000 | Kotlarek, Alexandra E | | 11187 · Choice Bank- DIP Account | 642.31 | (642.31) |
| Check | 6/30/2020 | 10999 | Kenney, Teresa | | 11187 · Choice Bank- DIP Account | 733.33 | (733.33) |
| Check | 6/30/2020 | 10998 | Johnson, Angela | | 11187 · Choice Bank- DIP Account | 2,958.05 | (2,958.05) |
| Check | 6/30/2020 | 10997 | Isay, Susan | | 11187 · Choice Bank- DIP Account | 3,587.18 | (3,587.18) |
| Check | 6/30/2020 | 10996 | Hildebrandt, Sherri | | 11187 · Choice Bank- DIP Account | 875.00 | (875.00) |
| Check | 6/30/2020 | 10995 | Handy-Murphey, Emily | | 11187 · Choice Bank- DIP Account | 784.49 | (784.49) |
| Check | 6/30/2020 | 10994 | Cynthia Hamre | | 11187 · Choice Bank- DIP Account | 613.15 | (613.15) |
| Check | 6/30/2020 | 10993 | Gosch, Megan | | 11187 · Choice Bank- DIP Account | 85.25 | (85.25) |
| Check | 6/30/2020 | 10992 | Freemark, Kathleen M | | 11187 · Choice Bank- DIP Account | 738.62 | (738.62) |
| Check | 6/30/2020 | 10991 | Diana S Falcone | | 11187 · Choice Bank- DIP Account | 1,570.91 | (1,570.91) |
| Check | 6/30/2020 | 10990 | Dye, Brittni | | 11187 · Choice Bank- DIP Account | 16.83 | (16.83) |
| Check | 6/30/2020 | 10989 | Sarah Dovolos | 288 | 11187 · Choice Bank- DIP Account | 562.48 | (562.48) |
| Check | 6/30/2020 | 10988 | Olivia K Curti | | 11187 · Choice Bank- DIP Account | 342.54 | (342.54) |
| Check | 6/30/2020 | 10987 | Carlson, Tate R | | 11187 · Choice Bank- DIP Account | 1,141.08 | (1,141.08) |
| Check | 6/30/2020 | 10986 | Burger, Laurie | | 11187 · Choice Bank- DIP Account | 2,462.58 | (2,462.58) |
| Check | 6/30/2020 | 10985 | Brittles, Keely A | | 11187 · Choice Bank- DIP Account | 817.14 | (817.14) |
| Check | 6/30/2020 | 10984 | Bettin, Anthony D | | 11187 · Choice Bank- DIP Account | 475.66 | (475.66) |
| Check | 6/30/2020 | 10983 | Beissel, Angela M | | 11187 · Choice Bank- DIP Account | 1,490.84 | (1,490.84) |
| Check | 6/30/2020 | 10982 | Beise, Brooke | | 11187 · Choice Bank- DIP Account | 1,440.47 | (1,440.47) |
| Check | 6/30/2020 | 10981 | Bednar, Craig R | | 11187 · Choice Bank- DIP Account | 8,602.96 | (8,602.96) |
| Check | 6/30/2020 | 10980 | Bartley, Meg | | 11187 · Choice Bank- DIP Account | 600.00 | (600.00) |
| Check | 6/30/2020 | 10979 | Sonja H Babich | | 11187 · Choice Bank- DIP Account | 1,610.29 | (1,610.29) |
| Check | 6/30/2020 | 10978 | Anderson, Deidra | | 11187 · Choice Bank- DIP Account | 1,244.58 | (1,244.58) |
| Check | 6/30/2020 | 10977 | Almsted, Hailey M | | 11187 · Choice Bank- DIP Account | 369.73 | (369.73) |
| Check | 6/30/2020 | | Transamerica Retirement Solutions | BENE:TLIC FBO CERTAIN RETIREMENT PLANS | 11187 · Choice Bank- DIP Account | 2,637.83 | (2,637.83) |
| Check | 6/30/2020 | | Paylocity | BENE:PAYLOCITY CORPORATION | 11187 · Choice Bank- DIP Account | 15,551.39 | (15,551.39) |
| Check | 6/30/2020 | 101225 | Hess Print Solutions-new | MNB-2020-FALL 4th payment | 11187 · Choice Bank- DIP Account | 8,250.00 | (8,250.00) |
| Check | 6/29/2020 | 101218 | US Postmaster - general | CLM Postage July Permit 461 | 11187 · Choice Bank- DIP Account | 12,229.29 | (12,229.29) |
| Check | 6/26/2020 | 9996595 | JP Morgan Chase | | 11187 · Choice Bank- DIP Account | 1,289.00 | (1,289.00) |
| Check | 6/26/2020 | | Wells Fargo | | 11187 · Choice Bank- DIP Account | 2,652.50 | (2,652.50) |
| | | | | | | | (6,556.00) |
| | | | | | | | (430,070.85) |

**DEBTOR:** Tiger Oak Media, Inc  **CASE NO:** 19-43029

## Form 2-E
### SUPPORTING SCHEDULES
**For Period:** 07/01/20 to 07/31/20

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---:|---:|
| Under 30 days | $ 152,037 | $ 9,595 |
| 30 to 60 days | 89,135 | 37,475 |
| 61 to 90 days | 41,038 | (21,769) |
| 91 to 120 days | 37,099 | 34,396 |
| Over 120 days | 156,594 | 126,577 |
| **Total Post Petition** | 475,902 | |
| **Pre Petition Amounts** | (55,824) | |
| Total Accounts Receivable | $ 420,078 | |
| Less: Bad Debt Reserve | - | |
| **Net Accounts Receivable (to Form 2-C)** | $ 420,078 | |
| Total Post Petition Accounts Payable | | $ 186,274 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---:|---:|---:|---|---:|
| Debtor's Counsel | $ 50,471 | $ 2,394 | 10,000 | | $ 42,864 |
| Counsel for Unsecured Creditors' Committee | 49,078 | - | 10,000 | | 39,078 |
| Trustee's Counsel | - | - | - | | - |
| Accountant | - | - | - | | - |
| Other: Debtor's Accountant | 4,485 | 3,795 | - | | 8,280 |
| Total | $ 104,033 | $ 6,189 | $ 20,000 | | $ 90,222 |

*\*Balance due to include fees and expenses incurred but not yet paid.*

1725

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---:|
| Craig Bednar | CEO | Payroll | $ 26,250 |
| | | | |

*\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.*

Page 2 of 2
Rev. 01/01/08

**DEBTOR:** Tiger Oak Media, Inc  **CASE NO:** 19-43029

## Form 2-E
## SUPPORTING SCHEDULES
**For Period:** 07/01/20 to 07/31/20

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: |  |  |  |  |  |  |
| Federal | $ - | 14,690 | 14,690 | Various | EFT | $ - |
| State | - | 5,463 | 5,463 | Various | EFT | - |
| FICA Tax Withheld | - | 8,807 | 8,807 | Various | EFT | - |
| Employer's FICA Tax | - | 8,807 | 8,807 | Various | EFT | - |
| Unemployment Tax |  |  |  |  |  |  |
| Federal | - | 7 | 7 | Various | EFT | - |
| State | - | 1,234 | 1,234 | Various | EFT | - |
| Sales, Use & Excise Taxes | - | - | - | Various | EFT | - |
| Property Taxes | - | - |  |  |  | - |
| Accrued Income Tax: |  |  |  |  |  |  |
| Federal |  |  |  |  |  | - |
| State |  |  |  |  |  | - |
| Other: |  |  |  |  |  | - |
| TOTALS | $ - | $ 39,007 | $ 39,007 |  |  | $ - |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | The Hartford | $ 500,000 | 8/1/2020 | $ 6/1/2020 |
| General Liability | Hanover | $ 2,000,000 | 8/1/2020 | $ 6/1/2020 |
| Property (Fire, Theft) | Hanover | $ 200,000 | 8/1/2020 | $ 6/1/2020 |
| Vehicle |  | $ |  | $ |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 01/01/08

**DEBTOR:** Tiger Oak Media, Inc    **CASE NO:** 19-43029

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 07/31/20

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ - | | | |
| February | | - | | | |
| March | | | | | |
| **TOTAL 1st Quarter** | | $ - $ | | | |
| April | 2020 | $ 382,625 | | | |
| May | 2020 | 326,158 | | | |
| June | 2020 | 430,071 | | | |
| **TOTAL 2nd Quarter** | | $ 1,138,854 $ | 6,500 | | |
| July | 2020 | 372,183 | | | |
| August | | | | | |
| September | | | | | |
| **TOTAL 3rd Quarter** | | $ 372,183 $ | | | |
| October | | | | | |
| November | | | | | |
| December | | | | | |
| **TOTAL 4th Quarter** | | $ $ | | | |

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999...................... | $325 | $1,000,000 to $1,999,999.............. | $6,500 |
| $15,000 to $74,999.............. | $650 | $2,000,000 to $2,999,999.............. | $9,750 |
| $75,000 to $149,999.............. | $975 | $3,000,000 to $4,999,999.............. | $10,400 |
| $150,000 to $224,999......... | $1,625 | $5,000,000 to $14,999,999......... | $13,000 |
| $225,000 to $299,999.......... | $1,950 | $15,000,000 to $29,999,999......... | $20,000 |
| $300,000 to $999,999................... | $4,875 | $30,000,000 or more................... | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

Page 1 of 1
Rev. 01/01/08

**DEBTOR:**  Tiger Oak Media, Inc                              **CASE NO:**  19-43029

**Form 2-G**
**NARRATIVE**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

Page 1 of 1
Rev. 01/01/08