March 11, 2022

To Whom It May Concern:

My name is Navid Baraty and I am a creditor in the case of Tiger Oak Media (case number 19-43029) and would like to please update my mailing address on file with the court.

Please update my mailing address to the following:

Navid Baraty
2498 Princeton Road
Cleveland Heights, OH 44118

**RECEIVED BY MAIL**

Thank you,

*[signature]* 03/11/2022

Navid Baraty

MAR 16 2022

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA