UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Tiger Oak Media, Incorporated,

Debtor.

Case No. 19-43029

Chapter 11

NOTICE OF WITHDRAWAL OF CLAIM NO. 182

**PLEASE TAKE NOTICE** that Erica C. Barnett hereby withdraws her Claim No. 182 which was filed on March 2, 2020 in the amount of $2,266.64, in the above-referenced bankruptcy proceeding.

Dated: 7-28-2022

Erica C. Barnett
3023 22nd Ave. W.
Seattle, WA, 98199